IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00538-REB

BREN SIMON,

       Plaintiff,

v.

THE UNITED STATES OF AMERICA,

       Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:      The clerk of court and all parties of record

      I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Bren Simon, Plaintiff.

Dated at Houston, Texas, this 17th day of March, 2015.

      Keri D. Brown
      BAKER BOTTS L.L.P.
      One Shell Plaza
      910 Louisiana Street
      Houston, Texas 77002-4995
      (713) 229-1436
      keri.brown@bakerbotts.com