**EXHIBIT A**

Form **843** (Rev. August 2011) Department of the Treasury Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate Instructions.

OMB No. 1545-0024

Use Form 843 if your claim or request involves:

- **(a)** a refund of one of the taxes (other than income taxes or an employer's claim for FICA tax, RRTA tax, or income tax withholding) or a fee, shown on line 3,
- **(b)** an abatement of FUTA tax or certain excise taxes, or
- **(c)** a refund or abatement of interest, penalties, or additions to tax for one of the reasons shown on line 5a.

**Do not** use Form 843 if your claim or request involves:

- **(a)** an overpayment of income taxes or an employer's claim for FICA tax, RRTA tax, or income tax withholding (use the appropriate amended tax return),
- **(b)** a refund of excise taxes based on the nontaxable use or sale of fuels, or
- **(c)** an overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.

| | |
|---|---|
| Name(s)<br>Bren Simon | Your social security number<br>5368 |
| Address (number, street, and room or suite no.)<br>327 Pura Vida Ranch Rd. | Spouse's social security number |
| City or town, state, and ZIP code<br>Carbondale, CO 81623 | Employer identification number (EIN) |
| Name and address shown on return if different from above | Daytime telephone number |

**1 Period.** Prepare a separate Form 843 for each tax period or fee year.
From Year ending 12/31/09 to

**2 Amount** to be refunded or abated:
$ 21,372,328.43

**3 Type of tax or fee.** Indicate the type of tax or fee to be refunded or abated or to which the interest, penalty, or addition to tax is related.

☐ Employment ☐ Estate ☒ Gift ☐ Excise ☐ Income ☐ Fee

**4 Type of penalty.** If the claim or request involves a penalty, enter the Internal Revenue Code section on which the penalty is based (see instructions). IRC section:

**5a Interest, penalties, and additions to tax.** Check the box that indicates your reason for the request for refund or abatement. (If none apply, go to line 6.)

☐ Interest was assessed as a result of IRS errors or delays.
☐ A penalty or addition to tax was the result of erroneous written advice from the IRS.
☐ Reasonable cause or other reason allowed under the law (other than erroneous written advice) can be shown for not assessing a penalty or addition to tax.

**b** Date(s) of payment(s) ▶

**6 Original return.** Indicate the type of fee or return, if any, filed to which the tax, interest, penalty, or addition to tax relates.

☐ 706 ☒ 709 ☐ 940 ☐ 941 ☐ 943 ☐ 945
☐ 990-PF ☐ 1040 ☐ 1120 ☐ 4720 ☐ Other (specify) ▶

**7 Explanation.** Explain why you believe this claim or request should be allowed and show the computation of the amount shown on line 2. If you need more space, attach additional sheets.

See attached Exhibit A - Explanation Statement

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the officer's title must be shown.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

[signature] Bren Simon — Date 6-25-14
Signature (Title, if applicable. Claims by corporations must be signed by an officer.)

Signature (spouse, if joint return) — Date

| Paid Preparer Use Only | | | | |
|---|---|---|---|---|
| Print/Type preparer's name<br>John W. Porter | Preparer's signature<br>[signature] | Date<br>7/10/14 | Check ☐ if self-employed | PTIN<br>P01379875 |
| Firm's name ▶ Baker Botts L.L.P. | | | Firm's EIN ▶ 74-1195457 | |
| Firm's address ▶ 910 Louisiana St., Houston, TX 77002-4995 | | | Phone no. (713) 229-1597 | |

**Bren Simon**
**SSN: 5368**

EXHIBIT A – EXPLANATION STATEMENT

Attached to and made a part of the
Claim for Refund and Request for Abatement (Form 843)
for the year ended December 31, 2009

**GROUNDS FOR CLAIM FOR REFUND**

Bren Simon ("**Mrs. Simon**" or "**Claimant**") asserts that she is entitled to a refund of gift taxes for the following reasons:

1. In 1983, Mrs. Simon's husband, Mel Simon ("Mel"), and his brother, Herb Simon ("Herb") purchased the Indiana Pacers, a franchise in the National Basketball Association (the "Pacers").

2. The Pacers were held in Pacers Basketball Corporation, which itself was a wholly owned subsidiary of MH Holdings, Inc. ("MH Holdings"). Mel and Herb each owned 50% of MH Holdings.

3. Mel did not have a controlling shareholder interest and could not exert unilateral control over either MH Holdings or the Pacers. Likewise, no ready market existed in which Mel's interest in MH Holdings could be sold.

4. Herb was the Chief Executive Officer of the Pacers and managed its operations.

5. In the early 2000s, the Pacers experienced a financial downturn and began to require significant cash infusions from Mel and Herb. The genesis of this downturn can be traced to November 19, 2004, when an on court altercation in Auburn Hills, Michigan, between Ron Artest of the Pacers and Ben Wallace of the Detroit Pistons escalated into a full scale brawl in the stands between several Pacers players and fans of the Detroit Pistons.

6. Beginning with the "brawl," and continuing with a series of player arrests and other incidents occurring between 2005 and 2008, the Pacers became a civic and family embarrassment and lost significant fan support.

7. These events had a two-fold effect on the franchise.

8. First, the events impacted the competitive level of the team. Several Pacers players were suspended for a number of games, ranging from one game to the entire season. In subsequent years, the entire roster of the Pacers was overhauled in an effort to put these incidents behind the franchise. The combination of suspensions and roster turmoil torpedoed the team's competitiveness: the 2004-2005 season would be the Pacers' last winning season until the 2011-2012 season.

9. Second, these events were a public relations disaster. Enveloped by negative publicity, fans of the team stopped attending games, buying Pacers merchandise, and otherwise supporting the Pacers. The team's losing record exacerbated this downward spiral of fan support. During this timeframe, the Pacers consistently finished at or near the bottom of the 30 NBA teams in attendance.

10. The decline in fan support had a devastating impact on the value of Mel's interest in the Pacers. During this period, the team was hemorrhaging cash. Substantial capital contributions and loans in the tens of millions of dollars per year were required from Mel and Herb to keep the franchise afloat.

11. In 2007, concerned with the Pacers' negative image and continuing operating losses, Mel approached Herb about selling the Pacers. Herb was not interested in selling.

12. Mel did not possess a unilateral right to force a sale of the Pacers. In addition, Mel could not transfer his shares in MH Holdings to anyone other than his son David Simon without Herb's consent.

13. As an alternative to a sale of the Pacers, Mel and Herb began discussing the possibility of restructuring the Pacers' ownership.

14. During 2008 and 2009, Herb, Mel, accountants at Katz Sapper & Miller LLP (trusted advisors who represented Herb, Mel, and other Simon family interests for many years), and others were involved in extensive discussions with respect to restructuring the Pacers' ownership.

15. Their goal was to reach an equitable agreement whereby Mel would be relieved of the burden of funding ongoing losses while permitting Herb to continue to operate the Pacers.

16. An initial restructuring agreement was reached in June of 2008. This agreement, however, was subject to NBA approval.

17. In the fall of 2008 and continuing into 2009, the world economy crashed. The equity markets were particularly impacted, with the S&P 500 Index and Dow Jones Industrial Average ending 2008 down 33.8% and 39.5% respectively for the year, their largest annual losses since the Great Depression. The economic decline continued through the spring of 2009. This economic timeframe, which became known as "the Great Recession," also had a dramatic negative impact on the value of the Pacers.

18. Because circumstances had drastically changed from those that existed in June 2008, Herb was unwilling to restructure the Pacers' ownership under the terms agreed to in June 2008. Herb thus insisted that he and Mel and their advisers begin renegotiating the terms of the restructuring agreement (which had not yet been approved by the NBA).

19. On February 2, 2009, Herb and Mel entered into several agreements (an agreement and undertaking, an amendment and restatement of the MH Holdings shareholder agreement, and a conversion of Pacers Basketball Corporation to the Pacers Basketball, LLC) that reorganized the relationship between Herb and Mel as it related to the Pacers (collectively, the "Reorganization").

20. The Reorganization was the culmination of a lengthy negotiation process, in which partners in the firm of Katz Sapper & Miller LLP played a significant role. Additionally, Herb and Mel were savvy and experienced businessmen, both skilled in making business deals and interested in striking the best deal for themselves in the Reorganization.

21. Mel received substantial consideration under the Reorganization, including, without limitation, the termination of his continuing obligation to fund losses and answer mandatory capital calls, a release from personal guarantees, and a preference for proceeds upon any sale of the Pacers.

22. A timely filed Form 709, United States Gift Tax (and Generation-Skipping Transfer Tax) Return (the "2009 Gift Tax Return") was filed on or about October 14, 2010 on behalf of Mel. In the 2009 Gift Tax Return, Mrs. Simon consented to have gifts made by Mel in 2009 be considered as made one-half by each spouse.

23. The 2009 Gift Tax Return was audited by the Commissioner. The Commissioner issued a notice of deficiency to Claimant dated December 10, 2013, asserting that Mel made an additional gift in 2009 and Mrs. Simon was responsible for one-half of that gift, in the amount of the $41,500,000. The Commissioner's erroneous adjustments resulted in a gift tax deficiency of $18,675,000. A copy of the notice of deficiency is attached as **Attachment 1** and is incorporated by reference (the "Notice of Deficiency").

24. The Commissioner did not explain the reasons for his assessment of additional gift taxes in the Notice of Deficiency.

25. Given the lack of any assertions of facts or law in the Notice of Deficiency, Claimant incorporates by reference the gift tax portion of the notice of deficiency issued to Mel's estate ("Mel's Notice of Deficiency"), which is attached in part as **Attachment 2** (with information not relevant to this case redacted).

26. The Commissioner's explanation for his assessment of additional gift taxes in Mel's Notice of Deficiency is as follows:

> A. It is determined that the conversion of Pacers Basketball Corporation to Pacers Basketball, LLC, in 2009 resulted in a taxable gift of $83,000,000.00. IRC Sections 2511, 2512.
>
> Alternatively, it is determined that the Melvin Simon Trust voting and liquidation rights lapsed upon conversion of Pacers Basketball Corporation to Pacers Basketball, LLC, and the lapse shall be treated as a transfer by gift pursuant to IRC Section 2704.
>
> B. It is determined that one-half of all gifts made by the donor are attributable to his spouse. The Form 709 for the gift tax year 2009 contained an election to treat the donor's gifts as having been made one-half by his spouse. IRC Section 2513.

27. Claimant disputes each of the allegations in the Notices of Deficiency.

28. No gift from Mel to Herb resulted from the Reorganization.

29. I.R.C. §§ 2511, 2512, and 2704 do not apply because the Reorganization was an arm's-length business deal between Herb and Mel reached after significant negotiations. Thus, the Reorganization was made in the ordinary course of business, bona fide, and free of any donative intent as those terms are used in Treasury Regulation § 25.2512-8.

30. The rights exchanged by Mel and Herb in the Reorganization were for adequate and full consideration in money's worth as those terms are used in Treasury Regulation § 25.2511-1(g)(1).

31. No lapse of voting or liquidation rights occurred under I.R.C. § 2704 in the Reorganization.

32. On May 30, 2014, Claimant paid $21,372,328.43, under protest, to the Commissioner. A copy of the cover letter and check to the Department of Treasury is attached as **Attachment 3** and is incorporated by reference.

33. Claimant files this refund claim on the grounds that each allegation raised by the Commissioner in the Notice of Deficiency and Mel's Notice of Deficiency was erroneous and that Claimant's gift tax liability should be as reported on the 2009 Gift Tax Return.

34. Claimant reserves the right to offer additional evidence regarding each of the allegations made in the Notices of Deficiency, including, without limitation, additional evidence regarding the value of any interest in MH Holdings, the Pacers Basketball Corporation, and/or Pacers Basketball, LLC.

35. Claimant is the legal and beneficial owner of this claim and has not assigned or transferred any part of it.

WHEREFORE, Claimant hereby claims that she is entitled to a refund of the $21,372,328.43 of gift tax and interest assessed and paid, or such greater amount as is legally refundable, plus additional allowable interest.

ATTACHMENT 1

**Internal Revenue Service**
550 Main Street, Room 7019
Cincinnati, OH 45202

CERTIFIED MAIL

DEC 10 2013

Bren Simon, Donor
10110 Ditch Road
Carmel IN 46032

**Department of the Treasury**

**Forms Number:**
709
**Taxpayer Identification Number:**
5368
**For Gift Tax - Calendar Years:**
2009
**Person to Contact:**
Ms. S. Lathan
**Telephone Number:**
513-263-3892 (Toll Charge)
**Employee Identification Number:**
0203188
**Refer Reply To:**

**Last Day to File a Petition With The United States Tax Court:**
MAR 10 2014

Dear Bren Simon, Donor:

## NOTICE OF DEFICIENCY

In accordance with the provisions of existing Internal Revenue Code, notice is given that the determination of gift tax liability of the above taxpayer discloses deficiencies in the amounts listed below, plus interest to be computed at the legal rate on the amount due:

| Gift Tax Year | Gift Tax | Total |
|---|---|---|
| 2009 | $18,675,000 | $18,675,000 |

If you want to contest this determination in court before making any payment, you have 90 days from the above mailing date of this letter (150 days if this letter is addressed to you outside the United States) to file a petition with the United States Tax Court for a redetermination of the deficiency. You can get a copy of the rules for filing a petition and a petition form you can use by writing to the address below or you can get information from the court's internet site at

United States Tax Court, 400 Second Street, NW, Washington, D.C. 20217

The Tax Court has a simplified procedure for small tax cases when the amount in dispute for **each** tax year is $50,000 or less. If you intend to file a petition for multiple tax years and the amount in dispute for any one or more of the tax years exceeds $50,000, this simplified procedure is not available to you. If you use this simplified procedure, you cannot appeal the Tax Court's decision. You can get information pertaining to the simplified procedure for small cases from the Tax Court by writing to the court at the above address or from the court's internet site, which is also indicated above.

Send the completed petition, a copy of this letter, and copies of all statements and/or schedules you received with this letter to the Tax Court at the above address. The Court cannot consider your case if the petition is filed late. The petition is considered timely filed if the postmark date falls within the prescribed 90 or 150 day period and the envelope containing the petition is properly addressed with the correct postage.

**Letter 902 (DO) (Rev. 5-2004)**
Catalog Number 61976H



The time you have to file a petition with the court is set by law and cannot be extended or suspended. Thus, contacting the Internal Revenue Service (IRS) for more information, or receiving other correspondence from the IRS will not change the allowable period for filing a petition with the Tax Court.

If you decide not to file a petition with the Tax Court, please sign the enclosed waiver form and return it to us at the IRS address on the top of the first page of this letter. This will permit us to assess the deficiency quickly and can help limit the accumulation of interest.

If you decide not to sign and return the waiver, and you do not file a petition with the Tax Court within the time limit, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

If you have questions about this letter, you may write to or call the contact person whose name, telephone number, and IRS address are shown on the first page of this letter. If you write, please include your telephone number, the best time for us to call you if we need more information, and a copy of this letter to help us identify your account. Keep the original letter for your records. If you prefer to call and the telephone number is outside your local calling area, there will be a long distance charge to you.

The contact person can access your tax information and help you get answers. You also have the right to contact the office of the Taxpayer Advocate. Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the U.S. Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling. If you want Taxpayer Advocate assistance, please contact the Taxpayer Advocate for the IRS office that issued this notice of deficiency. See the enclosed Notice 1214, *Helpful Contacts for Your "Notice of Deficiency"*, for Taxpayer Advocate telephone numbers and addresses.

Thank you for your cooperation.

Sincerely,
Daniel I. Werfel,
Acting Commissioner
By
William England, by MD
William England, Territory Manager
Technical Services – Central Area
Small Business/Self-Employed

Enclosures:
Explanation of tax changes
Waiver
Notice 1214

| Form 4089<br>(Rev. Jan. 1983) | Department of the Treasury - Internal Revenue Service<br>NOTICE OF DEFICIENCY - WAIVER | |
|---|---|---|

**ame and Address of Taxpayer(s)**

Bren Simon, Donor
10110 Ditch Road
Carmel IN 46032

SSN: 5368

| Kind of Tax:<br><br>Gift Tax<br>(Form 709) | ( ) Copy to Authorized Representatives: |
|---|---|

| Gift Tax Year | Gift Tax | Total |
|---|---|---|
| 2009 | $18,675,000 | $18,675,000 |

Jpon the receipt of a signed waiver or upon the expiration of 90 days from the date of this letter, if a petition is not filed with the United States Tax Court, the above deficiencies and additions to tax will be assessed.

[ consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest. Also, I waive the requirement under Section 6532(a)(l) of the Internal Revenue Code that a notice of claim disallowance be sent to me by certified mail for any overpayment shown on the attached report. I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

Signature(s) ______________________ Date: ______________

______________________ Date: ______________

By ______________________ /Title ______________ Date: ______________

Note: If you consent to the assessment of the deficiencies shown in this waiver, please sign and return this form to limit the interest charge and expedite our bill to you. Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are so entitled; nor prevent us from later determining, if necessary, that you owe additional tax; nor extend the time provided by law for either action. If you later file claim and the Service disallows it, you may file suit for refund in a District Court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

Who Must Sign: If you filed jointly, both you and your spouse must sign. Your attorney or agent may sign this waiver provided that action is specifically authorized by a power of attorney which, if not previously filed, must accompany this form.

If this waiver is signed by a person acting in a fiduciary capacity (for example, an executor, administrator, or a trustee), Form 56, Notice Concerning Fiduciary Relationship, should, unless previously filed, accompany this form.

If you agree, please sign and return this form; keep one copy for your records



# Helpful Contacts for Your "Notice of Deficiency"

The IRS office whose phone number appears at the top of the notice can best address and access your tax information and help get you answers.

You may be eligible for help from the Taxpayer Advocate Service (TAS) if you have tried to resolve your tax problem through normal IRS channels and have gotten nowhere, or you believe an IRS procedure just isn't working as it should. TAS is your voice at the IRS. TAS helps taxpayers whose problems are causing financial difficulty or significant cost, including the cost of professional representation (this includes businesses as well as individuals).

You can reach TAS by calling the TAS toll-free number at 1-877-777-4778 or by contacting the local Taxpayer Advocate office, whose address and phone numbers are listed here. To learn more about TAS and your basic tax responsibilities, visit www.taxpayeradvocate.irs.gov.

The Taxpayer Advocate Service can't reverse a legally correct tax determination or extend the time you have to file a petition in the United States Tax Court (that time is set by law). TAS can help you resolve tax problems that you haven't been able to resolve on your own.

*The worst thing you can do is nothing at all!*

**ALABAMA**
**Birmingham Office**
Taxpayer Advocate
801 Tom Martin Drive, Room 151
Birmingham, AL 35211
(205) 912-5631

**ALASKA**
**Anchorage Office**
Taxpayer Advocate
949 East 36th Avenue, Stop A-405
Anchorage, AK 99508
(907) 271-6877

**ARIZONA**
**Phoenix Office**
Taxpayer Advocate
4041 N. Central Avenue,
MS-1005 PHX
Phoenix, AZ 85012
(602) 636-9500

**ARKANSAS**
**Little Rock Office**
Taxpayer Advocate
700 West Capitol Avenue
Stop 1005 LIT
Little Rock, AR 72201
(501) 396-5978

**CALIFORNIA**
**Laguna Niguel Office**
Taxpayer Advocate
24000 Avila Road, Room 3361
Laguna Niguel, CA 92677
(949) 389-4804

**Los Angeles Office**
Taxpayer Advocate
300 N. Los Angeles Street
Room 5109, Stop 6710
Los Angeles, CA 90012
(213) 576-3140

**Oakland Office**
Taxpayer Advocate
1301 Clay Street, Suite 1540-S
Oakland, CA 94612
(510) 637-2703

**Sacramento Office**
Taxpayer Advocate
4330 Watt Avenue, SA-5043
Sacramento, CA 95821
(916) 974-5007

**San Jose Office**
Taxpayer Advocate
55 S. Market Street, Stop 0004
San Jose, CA 95113
(408) 817-6850

**COLORADO**
**Denver Office**
Taxpayer Advocate
1999 Broadway, Stop 1005 DEN
Denver, CO 80202
(303) 603-4600

**CONNECTICUT**
**Hartford Office**
Taxpayer Advocate
135 High Street, Stop 219
Hartford, CT 06103
(860) 756-4555

**DELAWARE**
Newark Office
Taxpayer Advocate
1352 Marrows Road, Suite 203
Newark, DE 19711
(302) 286-1654

**DISTRICT OF COLUMBIA**
**Washington DC Office**
Taxpayer Advocate
77 K Street, NE
Suite 1500
Washington, DC 20002
(202) 874-7203

**FLORIDA**
**Ft. Lauderdale Office**
Taxpayer Advocate
7850 SW 6th Court, Room 265
Plantation, FL 33324
(954) 423-7677

**Jacksonville Office**
Taxpayer Advocate
400 West Bay Street
Room 535A, MS TAS
Jacksonville, FL 32202
(904) 665-1000

**GEORGIA**
**Atlanta Office**
Taxpayer Advocate
401 W. Peachtree Street
Room 510, Stop 202-D
Atlanta, GA 30308
(404) 338-8099

**HAWAII**
**Honolulu Office**
Taxpayer Advocate Service
1099 Alakea Street, Floor 22
Mall Stop H2200
Honolulu, HI 96813
(808) 566-2950

**IDAHO**
**Boise Office**
Taxpayer Advocate
550 West Fort Street, MS 1005
Boise, ID 83724
(208) 363-8900

**ILLINOIS**
**Chicago Office**
Taxpayer Advocate
230 S. Dearborn Street
Room 2820, Stop-1005 CHI
Chicago, IL 60604
(312) 292-3800

**Springfield Office**
Taxpayer Advocate
3101 Constitution Drive
Stop 1005 SPD
Springfield, IL 62704
(217) 862-6382

**INDIANA**
**Indianapolis Office**
Taxpayer Advocate
575 N. Pennsylvania Street
Room 581 - Stop TA771
Indianapolis, IN 46204
(317) 685-7840

**IOWA**
**Des Moines Office**
Taxpayer Advocate
210 Walnut Street
Stop 1005 DSM, Room 483
Des Moines, IA 50309
(515) 564-6888

**KANSAS**
**Wichita Office**
Taxpayer Advocate
271 West 3rd Street North
Stop 1005-WIC, Suite 2000
Wichita, KS 67202
(316) 352-7506

**KENTUCKY**
**Louisville Office**
Taxpayer Advocate
600 Dr. Martin Luther King Jr. Place
Room 325
Louisville, KY 40202
(502) 582-6030

**LOUISIANA**
**New Orleans Office**
Taxpayer Advocate
1555 Poydras Street
Suite 220, Stop 2
New Orleans, LA 70112
(504) 558-3001

**MAINE**
**Augusta Office**
Taxpayer Advocate
68 Sewall Street, Room 313
Augusta, ME 04330
(207) 622-8528

**MARYLAND**
**Baltimore Office**
Taxpayer Advocate
31 Hopkins Plaza, Room 900A
Baltimore, MD 21201
(410) 962-2082

**MASSACHUSETTS**
**Boston Office**
Taxpayer Advocate
15 New Sudbury Street, Room 725
Boston, MA 02203
(617) 316-2690

**MICHIGAN**
**Detroit Office**
Taxpayer Advocate
500 Woodward
Stop 07, Suite 1000
Detroit, MI 48226
(313) 628-3670

**MINNESOTA**
**St. Paul Office**
Taxpayer Advocate
Wells Fargo Place
30 East 7th Street
Suite 817, Stop 1005 STP
St. Paul, MN 55101
(651) 312-7999

**MISSISSIPPI**
**Jackson Office**
Taxpayer Advocate
100 West Capitol Street, Stop 31
Jackson, MS 39269
(601) 292-4800

**MISSOURI**
**St. Louis Office**
Taxpayer Advocate
1222 Spruce Street
Stop 1005 STL, Room 10.314
St. Louis, MO 63103
(314) 612-4610

**MONTANA**
**Helena Office**
Taxpayer Advocate
10 West 15th Street, Suite 2319
Helena, MT 59626
(406) 441-1022

**NEBRASKA**
**Omaha Office**
Taxpayer Advocate
1616 Capitol Avenue, Suite 182
Stop 1005
Omaha, NE 68102
(402) 233-7272

**NEVADA**
**Las Vegas Office**
Taxpayer Advocate
110 City Parkway, Stop 1005
Las Vegas, NV 89106
(702) 868-5179

**NEW HAMPSHIRE**
**Portsmouth Office**
Taxpayer Advocate
Thomas J. McIntyre Federal Building
80 Daniel Street, Room 403
Portsmouth, NH 03801
(603) 433-0571

**NEW JERSEY**
**Springfield Office**
Taxpayer Advocate
955 South Springfield Avenue
3rd Floor
Springfield, NJ 07081
(973) 921-4043

**NEW MEXICO**
**Albuquerque Office**
Taxpayer Advocate
5338 Montgomery Boulevard NE
Stop 1005 ALB
Albuquerque, NM 87109
(505) 837-5505

**NEW YORK**
**Albany Office**
Taxpayer Advocate
11A Clinton Avenue, Suite 354
Albany, NY 12207
(518) 427-5413

**Brooklyn Office**
Taxpayer Advocate
2 Metro Tech
100 Myrtle Avenue, 7th Floor
Brooklyn, NY 11201
(718) 488-2080

**Buffalo Office**
Taxpayer Advocate
130 South Elmwood Ave, Room 265
Buffalo, NY 14202
(716) 961-5300

**Manhattan Office**
Taxpayer Advocate
290 Broadway, 5th Floor
Manhattan, NY 10007
(212) 436-1011

**NORTH CAROLINA**
**Greensboro Office**
Taxpayer Advocate
4905 Koger Boulevard
Suite 102, MS1
Greensboro, NC 27407
(336) 574-6119

**NORTH DAKOTA**
**Fargo Office**
Taxpayer Advocate
657 Second Avenue North
Stop 1005 FAR, Room 244
Fargo, ND 58102
(701) 237-8342

**OHIO**
**Cincinnati Office**
Taxpayer Advocate
550 Main Street, Room 3530
Cincinnati, OH 45202
(513) 263-3260

**Cleveland Office**
Taxpayer Advocate
1240 East 9th Street, Room 423
Cleveland, OH 44199
(216) 522-7134

**OKLAHOMA**
**Oklahoma City Office**
Taxpayer Advocate
55 North Robinson, Stop 1005 OKC
Oklahoma City, OK 73102
(405) 297-4055

**OREGON**
**Portland Office**
Taxpayer Advocate
100 S.W. Main Street, Stop O-405
Portland, OR 97204
(503) 415-7003

**PENNSYLVANIA**
**Philadelphia Office**
Taxpayer Advocate
600 Arch Street, Room 7426
Philadelphia, PA 19106
(215) 861-1304

**Pittsburgh Office**
Taxpayer Advocate
1000 Liberty Avenue, Room 1400
Pittsburgh, PA 15222
(412) 395-5987

**RHODE ISLAND**
**Providence Office**
Taxpayer Advocate
380 Westminster Street, 4th Floor
Providence, RI 02903
(401) 528-1921

**SOUTH CAROLINA**
**Columbia Office**
Taxpayer Advocate
1835 Assembly Street
Room 466, MDP-03
Columbia, SC 29201
(803) 253-3029

**SOUTH DAKOTA**
**Aberdeen Office**
Taxpayer Advocate
115 4th Avenue Southeast
Stop 1005 ABE, Suite 413
Aberdeen, SD 57401
(605) 377-1600

**TENNESSEE**
**Nashville Office**
Taxpayer Advocate
801 Broadway, Stop 22
Nashville, TN 37203
(615) 250-5000

**TEXAS**
**Austin Office**
Taxpayer Advocate
300 E. 8th Street
Stop 1005-AUS, Room 136
Austin, TX 78701
(512) 499-5875

**Dallas Office**
Taxpayer Advocate
1114 Commerce Street
MC 1005DAL, Room 1001
Dallas, TX 75242
(214) 413-6500

**Houston Office**
Taxpayer Advocate
1919 Smith Street, MC 1005 HOU
Houston, TX 77002
(713) 209-3660

**UTAH**
**Salt Lake City Office**
Taxpayer Advocate
50 South 200 East, Stop 1005 SLC
Salt Lake City, UT 84111
(801) 799-6958

**VERMONT**
**Burlington Office**
Taxpayer Advocate
Courthouse Plaza
128 Lakeside Ave, Ste 204
Burlington, VT 05401
(802) 859-1052

**VIRGINIA**
**Richmond Office**
Taxpayer Advocate
400 North 8th Street
Room 916, Box 25
Richmond, VA 23219
(804) 916-3501

**WASHINGTON**
**Seattle Office**
Taxpayer Advocate
915 2nd Avenue, Stop W-405
Seattle, WA 98174
(206) 220-6037

**WEST VIRGINIA**
**Parkersburg Office**
Taxpayer Advocate
425 Juliana Street, Room 2019
Parkersburg, WV 26101
(304) 420-8695

**WISCONSIN**
**Milwaukee Office**
Taxpayer Advocate
211 West Wisconsin Avenue
Room 507, Stop 1005 MIL
Milwaukee, WI 53203
(414) 231-2390

**WYOMING**
**Cheyenne Office**
Taxpayer Advocate
5353 Yellowstone Road
Cheyenne, WY 82009
(307) 633-0800

**TAXPAYERS LIVING ABROAD OR IN U.S. TERRITORIES**
**International**
Taxpayer Advocate
City View Plaza
48 Carr 165, 5th Floor
Guaynabo, PR 00968
(787) 522-8600 Spanish
(787) 522-8601 English

**CAMPUSES**
**Andover**
Taxpayer Advocate
310 Lowell Street, Stop 120
Andover, MA 01812
(978) 474-5549

**Atlanta**
Taxpayer Advocate
4800 Buford Highway, Stop 29-A
Chamblee, GA 30341
(770) 936-4500

**Austin**
Taxpayer Advocate
3651 South Interregional Highway
Stop 1005 AUSC
Austin, TX 78741
(512) 460-8300

**Brookhaven**
Taxpayer Advocate
1040 Waverly Avenue, Stop 02
Holtsville, NY 11742
(631) 654-6686

**Cincinnati**
Taxpayer Advocate
201 West Rivercenter Boulevard
Stop 11G
Covington, KY 41011
(859) 669-5316

**Fresno**
Taxpayer Advocate
5045 East Butler Avenue, Stop 1394
Fresno, CA 93888
(559) 442-6400

**Kansas City**
Taxpayer Advocate
333 West Pershing, S-2 Stop 1005
Kansas City, MO 64108
(816) 291-9001

**Memphis**
Taxpayer Advocate
5333 Getwell Road, Stop 13
Memphis, TN 38118
(901) 395-1900

**Ogden**
Taxpayer Advocate
1973 North Rulon White Boulevard
Stop 1005
Ogden, UT 84404
(801) 620-7168

**Philadelphia**
Taxpayer Advocate
2970 Market Street
Mail Stop 2-M20-300
Philadelphia, PA 19104
(267) 941-2427

Form 3615-A
(Rev. January 1985)

Department of the Treasury - Internal Revenue Service
**Gift Tax**
(For Donors Making Gifts After December 31, 1976)

Schedule

| Name | Calendar Periods | | |
|---|---|---|---|
| Bren Simon, Donor | 2009 | | |
| **Amount of Taxable Gifts as Shown In:** | | | |
| Returned | $108,246 | | |
| **Increases (Decreases) in Amount of Taxable Gifts** (See attached explanation of items) **Schedule A - Computation of Taxable Gifts** | $41,500,000 | | |
| **Amount of Taxable Gifts as Revised** | $41,608,246 | | |
| **Total Amount of Taxable Gifts for Prior Periods** | $1,787,854 | | |
| **Total Amount of Taxable Gifts** | $43,396,100 | | |
| **Tax Computation** | | | |
| 1. Tax computed on total amount of taxable gifts. | $19,409,045 | | |
| 2. Tax computed on total amount of taxable gifts for prior periods. | $685,334 | | |
| 3. Total tax payable on amount of taxable gifts (Line 1 minus line 2) | $18,723,711 | | |
| 4. Unified credit from Table B. | $345,800 | | |
| 5. Unified credit against gift tax allowed for all prior periods. | | | |
| 6. Balance (Line 4 minus line 5) | $345,800 | | |
| 7. 20% of amount allowed as specific exemption after Sept. 8, 1976. | $0 | | |
| 8. Balance | $345,800 | | |
| 9. Unified credit (Lessor of amount on line 3 or 8) | $345,800 | | |
| 10. Credit for foreign gift taxes. | $0 | | |
| 11. Total (Add amounts on lines 9 and 10) | $345,800 | | |
| 12. Gift tax due (Line 3 minus line 11) | $18,723,711 | | |
| 13. Generation-skipping Transfer Tax Due | $0 | | |
| 14. Total Tax | $18,723,711 | | |
| 15. Transfer Tax previously assessed | $48,711 | | |
| 16. Increase (Decrease) in tax (Line 14 less Line 15) | $18,675,000 | | |
| 17. Penalties previously assessed | | | |
| 18. Penalties as corrected | | | |
| 19. Increase (Decrease) in penalties (Line 18 less Line 17) | | | |
| 20. Total gift tax plus penalties | $18,675,000 | | |

| Form 886A | Department of the Treasury - Internal Revenue Service<br>**Explanation of Items** | Schedule No. or Exhibit |
|---|---|---|
| **Name of Taxpayer: Bren Simon, Donor** | | **Year/Period Ended**<br>Gift Tax Years<br>2009 |
| | **NOTICE OF DEFICIENCY STATEMENT**<br>For the Federal Gift Tax Return (Form 709) for 2009 | |

**FEDERAL GIFT TAX (FORM 709): 2009**

**Gifts of Spouse to be Included**

| | Per Return | Corrected | Adjustment |
|---|---|---|---|
| Additional Gift | $0 | $41,500,000 | $41,500,000 |

In addition to the gifts reported by this donor, it is determined that an additional gift representing one-half of the gifts made by this donor's spouse, Melvin Simon, are attributable to her pursuant to the election made on the 2009 filed Form 709 to treat all gifts as having been made one-half by the spouse. IRC Section 2513.

MAY 1 9 2014

EXHIBIT B



Department of Treasury
Internal Revenue Service
Cincinnati OH 45999-0039

| | |
|---|---|
| Notice | CP220 |
| Tax period | December 31, 2009 |
| Notice date | May 19, 2014 |
| Social Security number | 5368 |
| To contact us | Phone 1-866-699-4083 |
| Page 1 of 3 | |

002273.446387.69217.7100 1 MB 0.435 700

BREN SIMON
575 S CHARLES ST STE 402
BALTIMORE MD 21201-2484



002273

Changes to your December 31, 2009 Form 709

# Amount due: $21,372,328.43

We made changes to your December 31, 2009 Form 709.

As a result, your amount due is $21,372,328.43.

| Billing Summary | |
|---|---|
| Amount due on account before adjustment | $0.00 |
| Tax – Increase | 18,675,000.00 |
| Interest charges - Increase | 2,697,328.43 |
| **Amount due by May 29, 2014** | **$21,372,328.43** |

Continued on back...



BREN SIMON
575 S CHARLES ST STE 402
BALTIMORE MD 21201-2484

| | |
|---|---|
| Notice | CP220 |
| Notice date | May 19, 2014 |
| Social Security number | 5368 |

## Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number ( 5368), the tax period (December 31, 2009), and the form number (709) on your payment and any correspondence.

**Amount due by May 29, 2014**

**$21,372,328.43**

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0039

429745368 FL SIMO 51 0 200912 670 02137232843

| | |
|---|---|
| Notice | CP220 |
| Tax period | December 31, 2009 |
| Notice date | May 19, 2014 |
| Social Security number | 5368 |



## What you need to do immediately

Review this notice, and compare our changes to the information on your tax return.

**If you agree with the changes we made**

- Pay the amount due of $21,372,328.43 by May 29, 2014 to avoid additional penalty and interest charges.
- If you're enrolled in the Electronic Federal Tax Payment System (EFTPS), you may use that method of payment instead of paying by check or money order.
- If you can't pay the amount due, pay as much as you can now and call us at 1-866-699-4083 to discuss your options for paying the remaining balance.

**If you don't agree with the changes**

- Call 1-866-699-4083 to review your account. You can also contact us by mail. Fill out the Contact information section, detach, and send it to us with any correspondence or documentation.
- If we don't hear from you, we'll assume you agree with the information in this notice.
- If you've already paid your balance in full within the past 14 days or made payment arrangements, please disregard this notice.

## If we don't hear from you

If you don't pay $21,372,328.43 by May 29, 2014, interest will increase, and additional penalties may apply.



IRS

BREN SIMON
575 S CHARLES ST STE 402
BALTIMORE MD 21201-2484

| | |
|---|---|
| Notice | CP220 |
| Notice date | May 19, 2014 |
| Social Security number | 5368 |

## Contact information

If your address has changed, please call 1-866-699-4083 or visit www.irs.gov.

☐ Please check here if you've included any correspondence. Write your Social Security number ( 5368), the tax period (December 31, 2009), and the form number (709) on any correspondence.

| Primary Phone | Best time to call | Secondary Phone | Best time to call |
|---|---|---|---|
| | ☐ a.m. ☐ p.m. | | ☐ a.m. ☐ p.m. |

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0039

429745368 FL 51 0 200912

| | |
|---|---|
| Notice | CP220 |
| Tax period | December 31, 2009 |
| Notice date | May 19, 2014 |
| Social Security number | 5368 |





002273

## Interest charges

We are required by law to charge interest on unpaid tax from the date the tax return was due to the date the tax is paid in full. The interest is charged as long as there is an unpaid amount due, including penalties, if applicable. (Internal Revenue Code section 6601)

| Description | Amount |
|---|---|
| **Total interest** | **$2,697,328.43** |

The table below shows the rates used to calculate the interest on your unpaid amount due. For a detailed calculation of your interest, call 1-866-699-4083.

| Period | Interest rate |
|---|---|
| April 1, 2009 through December 31, 2010 | 4% |
| January 1, 2011 through March 31, 2011 | 3% |
| April 1, 2011 through September 30, 2011 | 4% |
| Beginning October 1, 2011 | 3% |

Beginning January 1, 1999, the interest rate we pay on overpayment of taxes, except for corporate taxes, is the same as the rate of interest we charge on the underpayment of taxes. The law requires us to determine these interest rates quarterly.

Corporate Interest – We charge additional interest of 2% if, according to our records, you didn't make your corporate tax payment within 30 days after the IRS notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment on tax amounts you owe over $100,000, minus your timely payments and credits.

## Additional Interest Charges

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

## Additional information

- Visit www.irs.gov/cp220.
- For tax forms, instructions, and publications, visit www.irs.gov or call 1-800-TAX-FORM (1-800-829-3676).
- Keep this notice for your records.

If you need assistance, please don't hesitate to contact us.

MAY 1 9 2014

EXHIBIT B



IRS

Department of Treasury
Internal Revenue Service
Cincinnati OH 45999-0039

| | |
|---|---|
| Notice | CP220 |
| Tax period | December 31, 2009 |
| Notice date | May 19, 2014 |
| Social Security number | 5368 |
| To contact us | Phone 1-866-699-4083 |
| Page 1 of 3 | |

002273.446387.69217.7100 1 MB 0.435 700

BREN SIMON
575 S CHARLES ST STE 402
BALTIMORE MD 21201-2484

002273

Changes to your December 31, 2009 Form 709

**Amount due: $21,372,328.43**

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

STIFEL NICOLAUS
MEMBER SIPC AND NEW YORK STOCK EXCHANGE
One Financial Plaza
501 N. Broadway • St. Louis, MO 63102
800-679-5446

usbank
Memphis, MO

CHECK NO. 96390990

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
HOUSTON, TX 77002
MAY 30 2014
RECEIVED WITH REMITTANCE
45319

05/28/14

096390990

2502-5410-1

PAY $ *21,372,328.43

PAY TO THE ORDER OF UNITED STATES TREASURY

Void 6 Months After Date of Issue
Check Protected by Positive Pay

AUTHORIZED SIGNATURE

Bren Simon SSN 5368
Form 709 December 31, 2009

⑈96390990⑈ 1233⑈

Social Security number 5368

IRS

## Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number ( 5368), the tax period (December 31, 2009), and the form number (709) on your payment and any correspondence.

Amount due by May 29, 2014 — **$21,372,328.43**

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0039

429745368 FL SIMO 51 0 200912 670 02137232843

ATTACHMENT 2

**Internal Revenue Service**
550 Main Street, Room 7019
Cincinnati, OH 45202

**Department of the Treasury**

**Forms Number:**
709 Gift Tax -
706 Estate Tax
**Taxpayer Identification Number:**

**For Estate Tax - Date of Death:**
9/16/2009
**ForGift Tax - Calendar Years:**
2009
**Person to Contact:**
Ms. S. Lathan
**Telephone Number:**
513-263-3892 (Toll Charge)
**Employee Identification Number:**
0203188
**Refer Reply To:**

**Last Day to File a Petition With The United States Tax Court:**

MAR 10 2014

**CERTIFIED MAIL**
DEC 10 2013

Melvin Simon, Donor, Deceased
Theodore R. Boehm, Successor Personal Representative
c/o Alerding, Castor and Hewitt, LLP
47 South Pennsylvania Street, #700
Indianapolis, IN 46204

Estate of Melvin Simon, Deceased
Theodore R. Boehm, Successor Personal Representative
c/o Alerding, Castor and Hewitt, LLP
47 South Pennsylvania Street, #700
Indianapolis, IN 46204

Dear Theodore R. Boehm, Successor Personal Representative:

## NOTICE OF DEFICIENCY

In accordance with the provisions of existing Internal Revenue Code, notice is given that the determination of gift and estate tax liability of the above taxpayer discloses deficiencies in the amounts listed below, plus interest to be computed at the legal rate on the amount due:

| Gift Tax Year | Tax |
|---|---|
| 2009 | $18,675,000 |

If you want to contest this determination in court before making any payment, you have 90 days from the above mailing date of this letter (150 days if this letter is addressed to you outside the United States) to file a petition with the United States Tax Court for a redetermination of the deficiency. You can get a copy of the rules for filing a petition and a petition form you can use by writing to the address below or you can get information from the court's internet site at www.ustaxcourt.gov.

United States Tax Court, 400 Second Street, NW, Washington, D.C. 20217

The Tax Court has a simplified procedure for small tax cases when the amount in dispute for **each** tax year is $50,000 or less. If you intend to file a petition for multiple tax years and the amount in dispute for any one or more of the tax years exceeds $50,000, this simplified procedure is not available to you. If you use this simplified procedure, you cannot appeal the Tax Court's decision. You can get information pertaining to the simplified procedure for small cases from the Tax Court by writing to the court at the above address or from the court's internet site, which is also indicated above.

Send the completed petition, a copy of this letter, and copies of all statements and/or schedules you received with this letter to the Tax Court at the above address. The Court cannot consider your case if the petition is filed late. The petition is considered timely filed if the postmark date falls within the prescribed 90 or 150 day period and the envelope containing the petition is properly addressed with the correct postage.

The time you have to file a petition with the court is set by law and cannot be extended or suspended. Thus, contacting the Internal Revenue Service (IRS) for more information, or receiving other correspondence from the IRS will not change the allowable period for filing a petition with the Tax Court.

If you decide not to file a petition with the Tax Court, please sign the enclosed waiver form and return it to us at the IRS address on the top of the first page of this letter. This will permit us to assess the deficiency quickly and can help limit the accumulation of interest.

If you decide not to sign and return the waiver, and you do not file a petition with the Tax Court within the time limit, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

If you have questions about this letter, you may write to or call the contact person whose name, telephone number, and IRS address are shown on the first page of this letter. If you write, please include your telephone number, the best time for us to call you if we need more information, and a copy of this letter to help us identify your account. Keep the original letter for your records. If you prefer to call and the telephone number is outside your local calling area, there will be a long distance charge to you.

The contact person can access your tax information and help you get answers. You also have the right to contact the office of the Taxpayer Advocate. Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the U.S. Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling. If you want Taxpayer Advocate assistance, please contact the Taxpayer Advocate for the IRS office that issued this notice of deficiency. See the enclosed Notice 1214, *Helpful Contacts for Your "Notice of Deficiency"*, for Taxpayer Advocate telephone numbers and addresses.

Thank you for your cooperation.

Sincerely,
Danny I. Werfel,
Acting Commissioner
By

William England, by MD

William England, Territory Manager
Technical Services – Central Area
Small Business/Self-Employed

Enclosures:
Explanation of tax changes
Waiver
Notice 1214

| Form 4089<br>(Rev. Jan. 1983) | Department of the Treasury - Internal Revenue Service<br>NOTICE OF DEFICIENCY - WAIVER | |
|---|---|---|

**Name and Address of Taxpayer(s)**

The Estate of Melvin Simon, Deceased September 16, 2009
Melvin Simon, Deceased, Donor
c/o Alerding, Castor and Hewitt, LLP
47 South Pennsylvania Street, #700
Indianapolis IN 46204

SSN:

| Kind of Tax: | ( X ) Copy to Authorized Representatives: |
|---|---|
| Estate Tax<br>(Form 706 )<br><br>Gift Tax<br>(Form 709) | Brian C. Hewitt, Esq.<br>Alerding, Castor and Hewitt, LLP<br>47 South Pennsylvania Street, #700<br>Indianapolis IN 46204 |

| Gift Tax Year | Tax |
|---|---|
| 2009 | $18,675,000 |

Upon the receipt of a signed waiver or upon the expiration of 90 days from the date of this letter, if a petition is not filed with the United States Tax Court, the above deficiencies and additions to tax will be assessed.

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest. Also, I waive the requirement under Section 6532(a)(l) of the Internal Revenue Code that a notice of claim disallowance be sent to me by certified mail for any overpayment shown on the attached report. I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

Signature(s)

______________________________ Date: ______________

______________________________ Date: ______________

By______________________/Title______________ Date: ______________

Note: If you consent to the assessment of the deficiencies shown in this waiver, please sign and return this form to limit the interest charge and expedite our bill to you. Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are so entitled; nor prevent us from later determining, if necessary, that you owe additional tax; nor extend the time provided by law for either action. If you later file claim and the Service disallows it, you may file suit for refund in a District Court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

Who Must Sign: If you filed jointly, both you and your spouse must sign. Your attorney or agent may sign this waiver provided that action is specifically authorized by a power of attorney which, if not previously filed, must accompany this form.

If this waiver is signed by a person acting in a fiduciary capacity (for example, an executor, administrator, or a trustee), Form 56, Notice Concerning Fiduciary Relationship, should, unless previously filed, accompany this form.

If you agree, please sign and return this form; keep one copy for your records



# Helpful Contacts for Your "Notice of Deficiency"

The IRS office whose phone number appears at the top of the notice can best address and access your tax information and help get you answers.

You may be eligible for help from the Taxpayer Advocate Service (TAS) if you have tried to resolve your tax problem through normal IRS channels and have gotten nowhere, or you believe an IRS procedure just isn't working as it should. TAS is your voice at the IRS. TAS helps taxpayers whose problems are causing financial difficulty or significant cost, including the cost of professional representation (this includes businesses as well as individuals).

You can reach TAS by calling the TAS toll-free number at 1-877-777-4778 or by contacting the local Taxpayer Advocate office, whose address and phone numbers are listed here. To learn more about TAS and your basic tax responsibilities, visit www.taxpayeradvocate.irs.gov.

The Taxpayer Advocate Service can't reverse a legally correct tax determination or extend the time you have to file a petition in the United States Tax Court (that time is set by law). TAS can help you resolve tax problems that you haven't been able to resolve on your own.
*The worst thing you can do is nothing at all!*

**ALABAMA**
**Birmingham Office**
Taxpayer Advocate
801 Tom Martin Drive, Room 151
Birmingham, AL 35211
(205) 912-5631

**ALASKA**
**Anchorage Office**
Taxpayer Advocate
949 East 36th Avenue, Stop A-405
Anchorage, AK 99508
(907) 271-6877

**ARIZONA**
**Phoenix Office**
Taxpayer Advocate
4041 N. Central Avenue,
MS-1005 PHX
Phoenix, AZ 85012
(602) 636-9500

**ARKANSAS**
**Little Rock Office**
Taxpayer Advocate
700 West Capitol Avenue
Stop 1005 LIT
Little Rock, AR 72201
(501) 396-5978

**CALIFORNIA**
**Laguna Niguel Office**
Taxpayer Advocate
24000 Avila Road, Room 3361
Laguna Niguel, CA 92677
(949) 389-4804

**Los Angeles Office**
Taxpayer Advocate
300 N. Los Angeles Street
Room 5109, Stop 6710
Los Angeles, CA 90012
(213) 576-3140

**Oakland Office**
Taxpayer Advocate
1301 Clay Street, Suite 1540-S
Oakland, CA 94612
(510) 637-2703

**Sacramento Office**
Taxpayer Advocate
4330 Watt Avenue, SA-5043
Sacramento, CA 95821
(916) 974-5007

**San Jose Office**
Taxpayer Advocate
55 S. Market Street, Stop 0004
San Jose, CA 95113
(408) 817-6850

**COLORADO**
**Denver Office**
Taxpayer Advocate
1999 Broadway, Stop 1005 DEN
Denver, CO 80202
(303) 603-4600

**CONNECTICUT**
**Hartford Office**
Taxpayer Advocate
135 High Street, Stop 219
Hartford, CT 06103
(860) 756-4555

**DELAWARE**
Newark Office
Taxpayer Advocate
1352 Marrows Road, Suite 203
Newark, DE 19711
(302) 286-1654

**DISTRICT OF COLUMBIA**
**Washington DC Office**
Taxpayer Advocate
77 K Street, NE
Suite 1500
Washington, DC 20002
(202) 874-7203

**FLORIDA**
**Ft. Launderdale Office**
Taxpayer Advocate
7850 SW 6th Court, Room 265
Plantation, FL 33324
(954) 423-7677

**Jacksonville Office**
Taxpayer Advocate
400 West Bay Street
Room 535A, MS TAS
Jacksonville, FL 32202
(904) 665-1000

**GEORGIA**
**Atlanta Office**
Taxpayer Advocate
401 W. Peachtree Street
Room 510, Stop 202-D
Atlanta, GA 30308
(404) 338-8099

**HAWAII**
**Honolulu Office**
Taxpayer Advocate Service
1099 Alakea Street, Floor 22
Mail Stop H2200
Honolulu, HI 96813
(808) 566-2950

**IDAHO**
**Boise Office**
Taxpayer Advocate
550 West Fort Street, MS 1005
Boise, ID 83724
(208) 363-8900

**ILLINOIS**
**Chicago Office**
Taxpayer Advocate
230 S. Dearborn Street
Room 2820, Stop-1005 CHI
Chicago, IL 60604
(312) 292-3800

**Springfield Office**
Taxpayer Advocate
3101 Constitution Drive
Stop 1005 SPD
Springfield, IL 62704
(217) 862-6382

**INDIANA**
**Indianapolis Office**
Taxpayer Advocate
575 N. Pennsylvania Street
Room 581 - Stop TA771
Indianapolis, IN 46204
(317) 685-7840

**IOWA**
**Des Moines Office**
Taxpayer Advocate
210 Walnut Street
Stop 1005 DSM, Room 483
Des Moines, IA 50309
(515) 564-6888

**KANSAS**
**Wichita Office**
Taxpayer Advocate
271 West 3rd Street North
Stop 1005-WIC, Suite 2000
Wichita, KS 67202
(316) 352-7506

**KENTUCKY**
**Louisville Office**
Taxpayer Advocate
600 Dr. Martin Luther King Jr. Place
Room 325
Louisville, KY 40202
(502) 582-6030

**LOUISIANA**
**New Orleans Office**
Taxpayer Advocate
1555 Poydras Street
Suite 220, Stop 2
New Orleans, LA 70112
(504) 558-3001

**MAINE**
**Augusta Office**
Taxpayer Advocate
68 Sewall Street, Room 313
Augusta, ME 04330
(207) 622-8528

**MARYLAND**
**Baltimore Office**
Taxpayer Advocate
31 Hopkins Plaza, Room 900A
Baltimore, MD 21201
(410) 962-2082

**MASSACHUSETTS**
**Boston Office**
Taxpayer Advocate
15 New Sudbury Street, Room 725
Boston, MA 02203
(617) 316-2690

**MICHIGAN**
**Detroit Office**
Taxpayer Advocate
500 Woodward
Stop 07, Suite 1000
Detroit, MI 48226
(313) 628-3670

**MINNESOTA**
**St. Paul Office**
Taxpayer Advocate
Wells Fargo Place
30 East 7th Street
Suite 817, Stop 1005 STP
St. Paul, MN 55101
(651) 312-7999

**MISSISSIPPI**
**Jackson Office**
Taxpayer Advocate
100 West Capitol Street, Stop 31
Jackson, MS 39269
(601) 292-4800

**MISSOURI**
**St. Louis Office**
Taxpayer Advocate
1222 Spruce Street
Stop 1005 STL, Room 10.314
St. Louis, MO 63103
(314) 612-4610

**MONTANA**
**Helena Office**
Taxpayer Advocate
10 West 15th Street, Suite 2319
Helena, MT 59626
(406) 441-1022

**NEBRASKA**
**Omaha Office**
Taxpayer Advocate
1616 Capitol Avenue, Suite 182
Stop 1005
Omaha, NE 68102
(402) 233-7272

**NEVADA**
**Las Vegas Office**
Taxpayer Advocate
110 City Parkway, Stop 1005
Las Vegas, NV 89106
(702) 868-5179

**NEW HAMPSHIRE**
**Portsmouth Office**
Taxpayer Advocate
Thomas J. McIntyre Federal Building
80 Daniel Street, Room 403
Portsmouth, NH 03801
(603) 433-0571

**NEW JERSEY**
**Springfield Office**
Taxpayer Advocate
955 South Springfield Avenue
3rd Floor
Springfield, NJ 07081
(973) 921-4043

**NEW MEXICO**
**Albuquerque Office**
Taxpayer Advocate
5338 Montogomery Boulevard NE
Stop 1005 ALB
Albuquerque, NM 87109
(505) 837-5505

**NEW YORK**
**Albany Office**
Taxpayer Advocate
11A Clinton Avenue, Suite 354
Albany, NY 12207
(518) 427-5413

**Brooklyn Office**
Taxpayer Advocate
2 Metro Tech
100 Myrtle Avenue, 7th Floor
Brooklyn, NY 11201
(718) 488-2080

**Buffalo Office**
Taxpayer Advocate
130 South Elmwood Ave, Room 265
Buffalo, NY 14202
(716) 961-5300

**Manhattan Office**
Taxpayer Advocate
290 Broadway, 5th Floor
Manhattan, NY 10007
(212) 436-1011

**NORTH CAROLINA**
**Greensboro Office**
Taxpayer Advocate
4905 Koger Boulevard
Suite 102, MS1
Greensboro, NC 27407
(336) 574-6119

**NORTH DAKOTA**
**Fargo Office**
Taxpayer Advocate
657 Second Avenue North
Stop 1005 FAR, Room 244
Fargo, ND 58102
(701) 237-8342

**OHIO**
**Cincinnati Office**
Taxpayer Advocate
550 Main Street, Room 3530
Cincinnati, OH 45202
(513) 263-3260

**Cleveland Office**
Taxpayer Advocate
1240 East 9th Street, Room 423
Cleveland, OH 44199
(216) 522-7134

**OKLAHOMA**
**Oklahoma City Office**
Taxpayer Advocate
55 North Robinson, Stop 1005 OKC
Oklahoma City, OK 73102
(405) 297-4055

**OREGON**
**Portland Office**
Taxpayer Advocate
100 S.W. Main Street, Stop O-405
Portland, OR 97204
(503) 415-7003

**PENNSYLVANIA**
**Philadelphia Office**
Taxpayer Advocate
600 Arch Street, Room 7426
Philadelphia, PA 19106
(215) 861-1304

**Pittsburgh Office**
Taxpayer Advocate
1000 Liberty Avenue, Room 1400
Pittsburgh, PA 15222
(412) 395-5987

**RHODE ISLAND**
**Providence Office**
Taxpayer Advocate
380 Westminster Street, 4th Floor
Providence, RI 02903
(401) 528-1921

**SOUTH CAROLINA**
**Columbia Office**
Taxpayer Advocate
1835 Assembly Street
Room 466, MDP-03
Columbia, SC 29201
(803) 253-3029 .

**SOUTH DAKOTA**
**Aberdeen Office**
Taxpayer Advocate
115 4th Avenue Southeast
Stop 1005 ABE, Suite 413
Aberdeen, SD 57401
(605) 377-1600

**TENNESSEE**
**Nashville Office**
Taxpayer Advocate
801 Broadway, Stop 22
Nashville, TN 37203
(615) 250-5000

**TEXAS**
**Austin Office**
Taxpayer Advocate
300 E. 8th Street
Stop 1005-AUS, Room 136
Austin, TX 78701
(512) 499-5875

**Dallas Office**
Taxpayer Advocate
1114 Commerce Street
MC 1005DAL, Room 1001
Dallas, TX 75242
(214) 413-6500

**Houston Office**
Taxpayer Advocate
1919 Smith Street, MC 1005 HOU
Houston, TX 77002
(713) 209-3660

**UTAH**
**Salt Lake City Office**
Taxpayer Advocate
50 South 200 East, Stop 1005 SLC
Salt Lake City, UT 84111
(801) 799-6958

**VERMONT**
**Burlington Office**
Taxpayer Advocate
Courthouse Plaza
128 Lakeside Ave, Ste 204
Burlington, VT 05401
(802) 859-1052

**VIRGINIA**
**Richmond Office**
Taxpayer Advocate
400 North 8th Street
Room 916, Box 25
Richmond, VA 23219
(804) 916-3501

**WASHINGTON**
**Seattle Office**
Taxpayer Advocate
915 2nd Avenue, Stop W-405
Seattle, WA 98174
(206) 220-6037

**WEST VIRGINIA**
**Parkersburg Office**
Taxpayer Advocate
425 Juliana Street, Room 2019
Parkersburg, WV 26101
(304) 420-8695

**WISCONSIN**
**Milwaukee Office**
Taxpayer Advocate
211 West Wisconsin Avenue
Room 507, Stop 1005 MIL
Milwaukee, WI 53203
(414) 231-2390

**WYOMING**
**Cheyenne Office**
Taxpayer Advocate
5353 Yellowstone Road
Cheyenne, WY 82009
(307) 633-0800

**TAXPAYERS LIVING ABROAD OR IN U.S. TERRITORIES**
**International**
Taxpayer Advocate
City View Plaza
48 Carr 165, 5th Floor
Guaynabo, PR 00968
(787) 522-8600 Spanish
(787) 522-8601 English

**CAMPUSES**
**Andover**
Taxpayer Advocate
310 Lowell Street, Stop 120
Andover, MA 01812
(978) 474-5549

**Atlanta**
Taxpayer Advocate
4800 Buford Highway, Stop 29-A
Chamblee, GA 30341
(770) 936-4500

**Austin**
Taxpayer Advocate
3651 South Interregional Highway
Stop 1005 AUSC
Austin, TX 78741
(512) 460-8300

**Brookhaven**
Taxpayer Advocate
1040 Waverly Avenue, Stop 02
Holtsville, NY 11742
(631) 654-6686

**Cincinnati**
Taxpayer Advocate
201 West Rivercenter Boulevard
Stop 11G
Covington, KY 41011
(859) 669-5316

**Fresno**
Taxpayer Advocate
5045 East Butler Avenue, Stop 1394
Fresno, CA 93888
(559) 442-6400

**Kansas City**
Taxpayer Advocate
333 West Pershing, S-2 Stop 1005
Kansas City, MO 64108
(816) 291-9001

**Memphis**
Taxpayer Advocate
5333 Getwell Road, Stop 13
Memphis, TN 38118
(901) 395-1900

**Ogden**
Taxpayer Advocate
1973 North Rulon White Boulevard
Stop 1005
Ogden, UT 84404
(801) 620-7168

**Philadelphia**
Taxpayer Advocate
2970 Market Street
Mail Stop 2-M20-300
Philadelphia, PA 19104
(267) 941-2427



| Form 886A | Department of the Treasury - Internal Revenue Service<br>**Explanation of Items** | Schedule No. or Exhibit |
|---|---|---|
| **Name of Taxpayer: Melvin Simon, Deceased, Donor<br>Estate of Melvin Simon, Deceased**<br><br>**COMBINED NOTICE OF DEFICIENCY STATEMENT**<br><br>For the Federal Gift Tax Return (Form 709) for 2009<br>and for the Estate Tax Return (Form 706) | | **Year/Period Ended**<br><br>Gift Tax Years<br>2009<br><br>Estate Tax<br>Date of Death:<br>09/16/2009 |

## FEDERAL GIFT TAX (FORM 709):Taxable Year 2009

### Taxable Gifts

| | Per Return | Corrected | Adjustment |
|---|---|---|---|
| Gifts | $754,928.00 | $83,754,928.00 | $83,000,000.00 |

It is determined that the conversion of Pacers Basketball Corporation to Pacers Basketball, LLC, in 2009 resulted in a taxable gift of $83,000,000.00. IRC Sections 2511, 2512.

Alternatively, it is determined that the Melvin Simon Trust voting and liquidation rights lapsed upon conversion of Pacers Basketball Corporation to Pacers Basketball, LLC, and the lapse shall be treated as a transfer by gift pursuant to IRC Section 2704.

### Gifts Attributable to Spouse

It is determined that one-half of all gifts made by the donor are attributable to his spouse. The Form 709 for the gift tax year 2009 contained an election to treat the donor's gifts as having been made one-half by his spouse. IRC Section 2513.

| | Per Return | Corrected | Adjustment |
|---|---|---|---|
| One-Half 2009 Gifts | $377,464.00 | $41,877,464.00 | $41,500,000.00 |

