ATTACHMENT 3

# BAKER BOTTS L.L.P.

ONE SHELL PLAZA
910 LOUISIANA
HOUSTON, TEXAS
77002-4995

TEL  +1 713.229.1234
FAX +1 713.229.1522
BakerBotts.com

ABU DHABI
AUSTIN
BEIJING
BRUSSELS
DALLAS
DUBAI
HONG KONG

**HOUSTON**
LONDON
MOSCOW
NEW YORK
PALO ALTO
RIO DE JANEIRO
RIYADH
WASHINGTON

May 30, 2014

083036.0101

VIA HAND DELIVERY

Internal Revenue Service
1919 Smith Street
Houston, Texas 77002

John W. Porter
TEL  +1 (713) 229-1597
FAX +1 (713) 229-2797
john.porter@bakerbotts.com

*[Stamp: INTERNAL REVENUE SERVICE W & I - FIELD ASSISTANCE HOUSTON, TX 77002 MAY 30 2014 RECEIVED WITH REMITTANCE 45319]*

Re:   Bren Simon
      2009 Form 709, United States Gift (and Generation-Skipping Transfer) Tax Return
      Taxpayer Identification Number:        5368

To Whom It May Concern:

On behalf of Bren Simon ("Mrs. Simon"), I am enclosing by hand delivery a payment of $21,372,328.43 made under protest on the gift tax deficiency asserted against Mrs. Simon for the 2009 calendar year in the Gift Tax Notice of Deficiency dated December 10, 2013 (a copy of which is attached as Exhibit A).

This payment consists of $18,675,000 of gift tax and the amount of interest through May 30, 2014, as stated in the Internal Revenue Service's letter dated May 19, 2014 (a copy of which is attached as Exhibit B).  Please credit the amount paid first to tax alleged to be due, then to interest.

Mrs. Simon continues to deny the assertions made in the Notice of Deficiency and to assert she owes no additional gift tax for the 2009 calendar year.

Please call me at 713.229.1597 if you have any questions.  Thank you for your attention to this matter.

Very truly yours,

*[signature]*

John W. Porter

JWP:4370
Enclosures
cc:    Mrs. Bren Simon
       Mr. Stephen Dyer (*firm*)
     ∙ Mr. Jeffrey D. Watters, Jr. (*firm*)

15445051.1

EXHIBIT A

**Internal Revenue Service**
550 Main Street, Room 7019
Cincinnati, OH   45202

CERTIFIED MAIL,

DEC 1 0 2013

Bren Simon, Donor
10110 Ditch Road
Carmel IN 46032

**Department of the Treasury**

Forms Number:
709
Taxpayer Identification Number:
5368
ForGift Tax - Calendar Years:
2009
Person to Contact:
Ms. S. Lathan
Telephone Number:
513-263-3892 (Toll Charge)
Employee Identification Number:
0203188
Refer Reply To:

Last Day to File a Petition With
The United States Tax Court:

MAR 1 0 2014

Dear Bren Simon, Donor:

## NOTICE OF DEFICIENCY

In accordance with the provisions of existing Internal Revenue Code, notice is given that the determination of gift tax liability of the above taxpayer discloses deficiencies in the amounts listed below, plus interest to be computed at the legal rate on the amount due:

| Gift Tax Year | Gift Tax | Total |
|---|---|---|
| 2009 | $18,675,000 | $18,675,000 |

If you want to contest this determination in court before making any payment, you have 90 days from the above mailing date of this letter (150 days if this letter is addressed to you outside the United States) to file a petition with the United States Tax Court for a redetermination of the deficiency. You can get a copy of the rules for filing a petition and a petition form you can use by writing to the address below or you can get information from the court's internet site at

United States Tax Court, 400 Second Street, NW, Washington, D.C. 20217

The Tax Court has a simplified procedure for small tax cases when the amount in dispute for **each** tax year is $50,000 or less. If you intend to file a petition for multiple tax years and the amount in dispute for any one or more of the tax years exceeds $50,000, this simplified procedure is not available to you. If you use this simplified procedure, you cannot appeal the Tax Court's decision. You can get information pertaining to the simplified procedure for small cases from the Tax Court by writing to the court at the above address or from the court's internet site, which is also indicated above.

Send the completed petition, a copy of this letter, and copies of all statements and/or schedules you received with this letter to the Tax Court at the above address. The Court cannot consider your case if the petition is filed late. The petition is considered timely filed if the postmark date falls within the prescribed 90 or 150 day period and the envelope containing the petition is properly addressed with the correct postage.

Letter 902 (DO) (Rev. 5-2004)
Catalog Number 51976H



The time you have to file a petition with the court is set by law and cannot be extended or suspended. Thus, contacting the Internal Revenue Service (IRS) for more information, or receiving other correspondence from the IRS will not change the allowable period for filing a petition with the Tax Court.

If you decide not to file a petition with the Tax Court, please sign the enclosed waiver form and return it to us at the IRS address on the top of the first page of this letter. This will permit us to assess the deficiency quickly and can help limit the accumulation of interest.

If you decide not to sign and return the waiver, and you do not file a petition with the Tax Court within the time limit, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

If you have questions about this letter, you may write to or call the contact person whose name, telephone number, and IRS address are shown on the first page of this letter. If you write, please include your telephone number, the best time for us to call you if we need more information, and a copy of this letter to help us identify your account. Keep the original letter for your records. If you prefer to call and the telephone number is outside your local calling area, there will be a long distance charge to you.

The contact person can access your tax information and help you get answers. You also have the right to contact the office of the Taxpayer Advocate. Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the U.S. Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling. If you want Taxpayer Advocate assistance, please contact the Taxpayer Advocate for the IRS office that issued this notice of deficiency. See the enclosed Notice 1214, *Helpful Contacts for Your "Notice of Deficiency"*, for Taxpayer Advocate telephone numbers and addresses.

Thank you for your cooperation.

Sincerely,
Daniel I. Werfel,
Acting Commissioner
By

*William England, by MD*

William England, Territory Manager
Technical Services – Central Area
Small Business/Self-Employed

Enclosures:
Explanation of tax changes
Waiver
Notice 1214

Letter 902 (DO) (Rev. 5-2004)
Catalog Number 81976H

| Form 4089 | Department of the Treasury - Internal Revenue Service | |
|---|---|---|
| | **NOTICE OF DEFICIENCY - WAIVER** | |
| (Rev. Jan, 1983) | | |

**Name and Address of Taxpayer(s)**

Bren Simon, Donor
10110 Ditch Road
Carmel IN 46032

SSN:     5368

| Kind of Tax: | ( ) Copy to Authorized Representatives: |
|---|---|
| Gift Tax (Form 709 ) | |

| Gift Tax Year | Gift Tax | Total |
|---|---|---|
| 2009 | $18,675,000 | $18,675,000 |

Upon the receipt of a signed waiver or upon the expiration of 90 days from the date of this letter, if a petition is not filed with the United States Tax Court, the above deficiencies and additions to tax will be assessed.

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest. Also, I waive the requirement under Section 6532(a)(l) of the Internal Revenue Code that a notice of claim disallowance be sent to me by certified mail for any overpayment shown on the attached report. I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

| Signature(s) | Date: |
|---|---|
| | Date: |
| | Date: |
| By_____/Title | |

Note: If you consent to the assessment of the deficiencies shown in this waiver, please sign and return this form to limit the interest charge and expedite our bill to you. Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are so entitled; nor prevent us from later determining, if necessary, that you owe additional tax; nor extend the time provided by law for either action. If you later file claim and the Service disallows it, you may file suit for refund in a District Court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

Who Must Sign: If you filed jointly, both you and your spouse must sign. Your attorney or agent may sign this waiver provided that action is specifically authorized by a power of attorney which, if not previously filed, must accompany this form.

If this waiver is signed by a person acting in a fiduciary capacity (for example, an executor, administrator, or a trustee), Form 56, Notice Concerning Fiduciary Relationship, should, unless previously filed, accompany this form.

If you agree, please sign and return this form; keep one copy for your records

FORM 4089 (Rev. 1-83)



# Helpful Contacts for Your "Notice of Deficiency"

The IRS office whose phone number appears at the top of the notice can best address and access your tax Information and help get you answers.

You may be eligible for help from the Taxpayer Advocate Service (TAS) if you have tried to resolve your tax problem through normal IRS channels and have gotten nowhere, or you believe an IRS procedure just isn't working as it should. TAS is your voice at the IRS. TAS helps taxpayers whose problems are causing financial difficulty or significant cost, including the cost of professional representation (this includes businesses as well as individuals).

You can reach TAS by calling the TAS toll-free number at 1-877-777-4778 or by contacting the local Taxpayer Advocate office, whose address and phone numbers are listed here. To learn more about TAS and your basic tax responsibilities, visit www.taxpayeradvocate.irs.gov.

The Taxpayer Advocate Service can't reverse a legally correct tax determination or extend the time you have to file a petition in the United States Tax Court (that time is set by law). TAS can help you resolve tax problems that you haven't been able to resolve on your own.
*The worst thing you can do is nothing at all!*

**ALABAMA**
Birmingham Office
Taxpayer Advocate
801 Tom Martin Drive, Room 151
Birmingham, AL 35211
(205) 912-5631

**ALASKA**
Anchorage Office
Taxpayer Advocate
949 East 36th Avenue, Stop A-405
Anchorage, AK 99508
(907) 271-6877

**ARIZONA**
Phoenix Office
Taxpayer Advocate
4041 N. Central Avenue,
MS-1005 PHX
Phoenix, AZ 85012
(602) 636-9500

**ARKANSAS**
Little Rock Office
Taxpayer Advocate
700 West Capitol Avenue
Stop 1005 LIT
Little Rock, AR 72201
(501) 396-5978

**CALIFORNIA**
Laguna Niguel Office
Taxpayer Advocate
24000 Avila Road, Room 3361
Laguna Niguel, CA 92677
(949) 389-4804

Los Angeles Office
Taxpayer Advocate
300 N. Los Angeles Street
Room 5109, Stop 6710
Los Angeles, CA 90012
(213) 576-3140

Oakland Office
Taxpayer Advocate
1301 Clay Street, Suite 1540-S
Oakland, CA 94612
(510) 637-2703

Sacramento Office
Taxpayer Advocate
4330 Watt Avenue, SA-5043
Sacramento, CA 95821
(916) 974-5007

San Jose Office
Taxpayer Advocate
55 S. Market Street, Stop 0004
San Jose, CA 95113
(408) 817-6850

**COLORADO**
Denver Office
Taxpayer Advocate
1999 Broadway, Stop 1005 DEN
Denver, CO 80202
(303) 603-4600

**CONNECTICUT**
Hartford Office
Taxpayer Advocate
135 High Street, Stop 219
Hartford, CT 06103
(860) 756-4555

**DELAWARE**
Newark Office
Taxpayer Advocate
1352 Marrows Road, Suite 203
Newark, DE 19711
(302) 286-1654

**DISTRICT OF COLUMBIA**
Washington DC Office
Taxpayer Advocate
77 K Street, NE
Suite 1500
Washington, DC 20002
(202) 874-7203

**FLORIDA**
Ft. Lauderdale Office
Taxpayer Advocate
7850 SW 6th Court, Room 265
Plantation, FL 33324
(954) 423-7677

Jacksonville Office
Taxpayer Advocate
400 West Bay Street
Room 535A, MS TAS
Jacksonville, FL 32202
(904) 665-1000

**GEORGIA**
Atlanta Office
Taxpayer Advocate
401 W. Peachtree Street
Room 510, Stop 202-D
Atlanta, GA 30308
(404) 338-8099

**HAWAII**
Honolulu Office
Taxpayer Advocate Service
1099 Alakea Street, Floor 22
Mail Stop H2200
Honolulu, HI 96813
(808) 566-2950

**IDAHO**
Boise Office
Taxpayer Advocate
550 West Fort Street, MS 1005
Boise, ID 83724
(208) 363-8900

**ILLINOIS**
Chicago Office
Taxpayer Advocate
230 S. Dearborn Street
Room 2820, Stop-1005 CHI
Chicago, IL 60604
(312) 292-3800

Springfield Office
Taxpayer Advocate
3101 Constitution Drive
Stop 1005 SPD
Springfield, IL 62704
(217) 862-6382

**INDIANA**
Indianapolis Office
Taxpayer Advocate
575 N. Pennsylvania Street
Room 581 - Stop TA771
Indianapolis, IN 46204
(317) 685-7840

**IOWA**
Des Moines Office
Taxpayer Advocate
210 Walnut Street
Stop 1005 DSM, Room 483
Des Moines, IA 50309
(515) 564-6888

**KANSAS**
Wichita Office
Taxpayer Advocate
271 West 3rd Street North
Stop 1005-WIC, Suite 2000
Wichita, KS 67202
(316) 352-7506

**KENTUCKY**
Louisville Office
Taxpayer Advocate
600 Dr. Martin Luther King Jr. Place
Room 325
Louisville, KY 40202
(502) 582-6030

**LOUISIANA**
New Orleans Office
Taxpayer Advocate
1555 Poydras Street
Suite 220, Stop 2
New Orleans, LA 70112
(504) 558-3001

**MAINE**
Augusta Office
Taxpayer Advocate
68 Sewall Street, Room 313
Augusta, ME 04330
(207) 622-8528

**MARYLAND**
Baltimore Office
Taxpayer Advocate
31 Hopkins Plaza, Room 900A
Baltimore, MD 21201
(410) 962-2082

**MASSACHUSETTS**
Boston Office
Taxpayer Advocate
15 New Sudbury Street, Room 725
Boston, MA 02203
(617) 316-2690

**MICHIGAN**
Detroit Office
Taxpayer Advocate
500 Woodward
Stop 07, Suite 1000
Detroit, MI 48226
(313) 628-3670

**MINNESOTA**
St. Paul Office
Taxpayer Advocate
Wells Fargo Place
30 East 7th Street
Suite 817, Stop 1005 STP
St. Paul, MN 55101
(651) 312-7999

**MISSISSIPPI**
Jackson Office
Taxpayer Advocate
100 West Capitol Street, Stop 31
Jackson, MS 39269
(601) 292-4800

**MISSOURI**
St. Louis Office
Taxpayer Advocate
1222 Spruce Street
Stop 1005 STL, Room 10.314
St. Louis, MO 63103
(314) 612-4610

**MONTANA**
Helena Office
Taxpayer Advocate
10 West 15th Street, Suite 2319
Helena, MT 59626
(406) 441-1022

**NEBRASKA**
Omaha Office
Taxpayer Advocate
1616 Capitol Avenue, Suite 182
Stop 1005
Omaha, NE 68102
(402) 233-7272

**NEVADA**
Las Vegas Office
Taxpayer Advocate
110 City Parkway, Stop 1005
Las Vegas, NV 89106
(702) 868-5179

**NEW HAMPSHIRE**
Portsmouth Office
Taxpayer Advocate
Thomas J. McIntyre Federal Building
80 Daniel Street, Room 403
Portsmouth, NH 03801
(603) 433-0571

**NEW JERSEY**
Springfield Office
Taxpayer Advocate
955 South Springfield Avenue
3rd Floor
Springfield, NJ 07081
(973) 921-4043

**NEW MEXICO**
Albuquerque Office
Taxpayer Advocate
5338 Montgomery Boulevard NE
Stop 1005 ALB
Albuquerque, NM 87109
(505) 837-5505

**NEW YORK**
Albany Office
Taxpayer Advocate
11A Clinton Avenue, Suite 354
Albany, NY 12207
(518) 427-5413

Brooklyn Office
Taxpayer Advocate
2 Metro Tech
100 Myrtle Avenue, 7th Floor
Brooklyn, NY 11201
(718) 488-2080

Buffalo Office
Taxpayer Advocate
130 South Elmwood Ave, Room 265
Buffalo, NY 14202
(716) 961-5300

Manhattan Office
Taxpayer Advocate
290 Broadway, 5th Floor
Manhattan, NY 10007
(212) 436-1011

**NORTH CAROLINA**
Greensboro Office
Taxpayer Advocate
4905 Koger Boulevard
Suite 102, MS1
Greensboro, NC 27407
(336) 574-6119

**NORTH DAKOTA**
Fargo Office
Taxpayer Advocate
657 Second Avenue North
Stop 1005 FAR, Room 244
Fargo, ND 58102
(701) 237-8342

**OHIO**
Cincinnati Office
Taxpayer Advocate
550 Main Street, Room 3530
Cincinnati, OH 45202
(513) 263-3260

Cleveland Office
Taxpayer Advocate
1240 East 9th Street, Room 423
Cleveland, OH 44199
(216) 522-7134

**OKLAHOMA**
Oklahoma City Office
Taxpayer Advocate
55 North Robinson, Stop 1005 OKC
Oklahoma City, OK 73102
(405) 297-4055

**OREGON**
Portland Office
Taxpayer Advocate
100 S.W. Main Street, Stop O-405
Portland, OR 97204
(503) 415-7003

**PENNSYLVANIA**
Philadelphia Office
Taxpayer Advocate
600 Arch Street, Room 7426
Philadelphia, PA 19106
(215) 861-1304

Pittsburgh Office
Taxpayer Advocate
1000 Liberty Avenue, Room 1400
Pittsburgh, PA 15222
(412) 395-5987

**RHODE ISLAND**
Providence Office
Taxpayer Advocate
380 Westminster Street, 4th Floor
Providence, RI 02903
(401) 528-1921

**SOUTH CAROLINA**
Columbia Office
Taxpayer Advocate
1835 Assembly Street
Room 466, MDP-03
Columbia, SC 29201
(803) 253-3029

**SOUTH DAKOTA**
Aberdeen Office
Taxpayer Advocate
115 4th Avenue Southeast
Stop 1005 ABE, Suite 413
Aberdeen, SD 57401
(605) 377-1600

**TENNESSEE**
Nashville Office
Taxpayer Advocate
801 Broadway, Stop 22
Nashville, TN 37203
(615) 250-5000

**TEXAS**
Austin Office
Taxpayer Advocate
300 E. 8th Street
Stop 1005-AUS, Room 136
Austin, TX 78701
(512) 499-5875

Dallas Office
Taxpayer Advocate
1114 Commerce Street
MC 1005DAL, Room 1001
Dallas, TX 75242
(214) 413-6500

Houston Office
Taxpayer Advocate
1919 Smith Street, MC 1005 HOU
Houston, TX 77002
(713) 209-3660

**UTAH**
Salt Lake City Office
Taxpayer Advocate
50 South 200 East, Stop 1005 SLC
Salt Lake City, UT 84111
(801) 799-6958

**VERMONT**
Burlington Office
Taxpayer Advocate
Courthouse Plaza
128 Lakeside Ave, Ste 204
Burlington, VT 05401
(802) 859-1052

**VIRGINIA**
Richmond Office
Taxpayer Advocate
400 North 8th Street
Room 916, Box 25
Richmond, VA 23219
(804) 916-3501

**WASHINGTON**
Seattle Office
Taxpayer Advocate
915 2nd Avenue, Stop W-405
Seattle, WA 98174
(206) 220-6037

**WEST VIRGINIA**
Parkersburg Office
Taxpayer Advocate
425 Juliana Street, Room 2019
Parkersburg, WV 26101
(304) 420-8695

**WISCONSIN**
Milwaukee Office
Taxpayer Advocate
211 West Wisconsin Avenue
Room 507, Stop 1005 MIL
Milwaukee, WI 53203
(414) 231-2390

**WYOMING**
Cheyenne Office
Taxpayer Advocate
5353 Yellowstone Road
Cheyenne, WY 82009
(307) 633-0800

**TAXPAYERS LIVING ABROAD OR IN U.S. TERRITORIES**
International
Taxpayer Advocate
City View Plaza
48 Carr 165, 5th Floor
Guaynabo, PR 00968
(787) 522-8600 Spanish
(787) 522-8601 English

**CAMPUSES**
Andover
Taxpayer Advocate
310 Lowell Street, Stop 120
Andover, MA 01812
(978) 474-5549

Atlanta
Taxpayer Advocate
4800 Buford Highway, Stop 29-A
Chamblee, GA 30341
(770) 936-4500

Austin
Taxpayer Advocate
3651 South Interregional Highway
Stop 1005 AUSC
Austin, TX 78741
(512) 460-8300

Brookhaven
Taxpayer Advocate
1040 Waverly Avenue, Stop 02
Holtsville, NY 11742
(631) 654-6686

Cincinnati
Taxpayer Advocate
201 West Rivercenter Boulevard
Stop 11G
Covington, KY 41011
(859) 669-5316

Fresno
Taxpayer Advocate
5045 East Butler Avenue, Stop 1394
Fresno, CA 93888
(559) 442-6400

Kansas City
Taxpayer Advocate
333 West Pershing, S-2 Stop 1005
Kansas City, MO 64108
(816) 291-9001

Memphis
Taxpayer Advocate
5333 Getwell Road, Stop 13
Memphis, TN 38118
(901) 395-1900

Ogden
Taxpayer Advocate
1973 North Ruton White Boulevard
Stop 1005
Ogden, UT 84404
(801) 620-7168

Philadelphia
Taxpayer Advocate
2970 Market Street
Mail Stop 2-M20-300
Philadelphia, PA 19104
(267) 941-2427

Notice 1214 (Rev. 4-2013)  Catalog Number 26162Z  Department of the Treasury  Internal Revenue Service  www.irs.gov

| Form 3615-A (Rev. January 1985) | Department of the Treasury - Internal Revenue Service **Gift Tax** (For Donors Making Gifts After December 31, 1976) | | Schedule |
|---|---|---|---|
| **Name** | **Calendar Periods** | | |
| Bren Simon, Donor | -2009 | | |
| **Amount of Taxable Gifts as Shown In:** | | | |
| Returned | $108,246 | | |
| **Increases (Decreases) In Amount of Taxable Gifts** | | | |
| (See attached explanation of Items) | | | |
| Schedule A - Computation of Taxable Gifts | $41,500,000 | | |
| Amount of Taxable Gifts as Revised | $41,608,246 | | |
| Total Amount of Taxable Gifts for Prior Periods | $1,787,854 | | |
| Total Amount of Taxable Gifts | $43,396,100 | | |
| 1. Tax computed on total amount of taxable gifts. | $19,409,045 | | |
| 2. Tax computed on total amount of taxable gifts for prior periods. | $685,334 | | |
| 3. Total tax payable on amount of taxable gifts (Line 1 minus line 2) | $18,723,711 | | |
| 4. Unified credit from Table B. | $345,800 | | |
| 5. Unified credit against gift tax allowed for all prior periods. | | | |
| 6. Balance (Line 4 minus line 5) | $345,800 | | |
| 7. 20% of amount allowed as specific exemption after Sept. 8, 1976. | $0 | | |
| 8. Balance | $345,800 | | |
| 9. Unified credit (Lessor of amount on line 3 or 8) | $345,800 | | |
| 10. Credit for foreign gift taxes. | $0 | | |
| 11. Total (Add amounts on lines 9 and 10) | $345,800 | | |
| 12. Gift tax due (Line 3 minus line 11) | $18,723,711 | | |
| 13. Generation-skipping Transfer Tax Due | $0 | | |
| 14. Total Tax | $18,723,711 | | |
| 15. Transfer Tax previously assessed | $48,711 | | |
| 16. Increase (Decrease) in tax (Line 14 less Line 15) | $18,675,000 | | |
| 17. Penalties previously assessed | | | |
| 18. Penalties as corrected | | | |
| 19. Increase (Decrease) in penalties (Line 18 less Line 17) | | | |
| 20. Total gift tax plus penalties | $18,675,000 | | |

(left margin label: Tax Computation)

Department of the Treasury - Internal Revenue Service

Form 3615-A (Rev. 1-1985)

| Form 886A | Department of the Treasury - Internal Revenue Service<br>**Explanation of Items** | Schedule No. or Exhibit |
|---|---|---|
| | | **Year/Period Ended** |
| Name of Taxpayer:  Bren Simon,  Donor<br><br>NOTICE OF DEFICIENCY STATEMENT<br><br>For the Federal Gift Tax Return (Form 709) for 2009 | | Gift Tax Years<br>2009 |

## FEDERAL GIFT TAX (FORM 709): 2009

**Gifts of Spouse to be Included**

|  | Per Return | Corrected | Adjustment |
|---|---|---|---|
| Additional Gift | $0 | $41,500,000 | $41,500,000 |

In addition to the gifts reported by this donor, it is determined that an additional gift representing one-half of the gifts made by this donor's spouse, Melvin Simon, are attributable to her pursuant to the election made on the 2009 filed Form 709 to treat all gifts as having been made one-half by the spouse.  IRC Section 2513.

MAY 1 9 2014

EXHIBIT B



Department of Treasury
Internal Revenue Service
Cincinnati OH  45999-0039

| Notice | CP220 |
|---|---|
| Tax period | December 31, 2009 |
| Notice date | May 19, 2014 |
| Social Security number | 5368 |
| To contact us | Phone 1-866-699-4083 |
| Page 1 of 3 | |

002273.446387.69217.7100 1 MB 0.435 700

BREN   SIMON
575 S CHARLES ST STE 402
BALTIMORE  MD  21201-2484



002273

Changes to your December 31, 2009 Form 709

# Amount due: $21,372,328.43

We made changes to your December 31, 2009
Form 709.

As a result, your amount due is $21,372,328.43.

**Billing Summary**

| | |
|---|---|
| Amount due on account before adjustment | $0.00 |
| Tax – Increase | 18,675,000.00 |
| Interest charges - Increase | 2,697,328.43 |
| **Amount due by May 29, 2014** | **$21,372,328.43** |

Continued on back...



BREN   SIMON
575 S CHARLES ST STE 402
BALTIMORE  MD  21201-2484

| Notice | CP220 |
|---|---|
| Notice date | May 19, 2014 |
| Social Security number | 5368 |

# Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (     5368), the tax period (December 31, 2009), and the form number (709) on your payment and any correspondence.

INTERNAL REVENUE SERVICE
CINCINNATI OH  45999-0039

**Amount due by**
**May 29, 2014**

$21,372,328.43

429745368 FL SIMO 51 0 200912 670 02137232843

| Notice | CP220 |
|---|---|
| Tax period | December 31, 2009 |
| Notice date | May 19, 2014 |
| Social Security number | 5368 |
| | Page 2 of 3 |

## What you need to do immediately

Review this notice, and compare our changes to the information on your tax return.

**If you agree with the changes we made**
- Pay the amount due of $21,372,328.43 by May 29, 2014 to avoid additional penalty and interest charges.
- If you're enrolled in the Electronic Federal Tax Payment System (EFTPS), you may use that method of payment instead of paying by check or money order.
- If you can't pay the amount due, pay as much as you can now and call us at 1-866-699-4083 to discuss your options for paying the remaining balance.

**If you don't agree with the changes**
- Call 1-866-699-4083 to review your account. You can also contact us by mail. Fill out the Contact information section, detach, and send it to us with any correspondence or documentation.
- If we don't hear from you, we'll assume you agree with the information in this notice.
- If you've already paid your balance in full within the past 14 days or made payment arrangements, please disregard this notice.

## If we don't hear from you

If you don't pay $21,372,328.43 by May 29, 2014, interest will increase, and additional penalties may apply.

---



**IRS**

## Contact information

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0039

BREN SIMON  –
575 S CHARLES ST STE 402
BALTIMORE MD 21201-2484

| Notice | CP220 |
|---|---|
| Notice date | May 19, 2014 |
| Social Security number | 5368 |

If your address has changed, please call 1-866-699-4083 or visit www.irs.gov.
☐ Please check here if you've included any correspondence. Write your Social Security number ( 5368), the tax period (December 31, 2009), and the form number (709) on any correspondence.

| Primary Phone | Best time to call | Secondary Phone | Best time to call |
|---|---|---|---|
| | ☐ a.m. ☐ p.m. | | ☐ a.m. ☐ p.m. |

⁖ᵢₗ·|ᵗⁱₗᵢₗ¹⁹|||⁽ᵒᵘ⁾ₗₑᵣ·¹ᵣ··|·ⁱ|ₗₑⁱ¹|ᵘ·ᵘₗ|¹⁽ᵢ¹⁽ₗ¹⁽|·⁰||⁽⁽|⁼

429745368 FL        51 0 200912

| Notice | CP220 |
|---|---|
| Tax period | December 31, 2009 |
| Notice date | May 19, 2014 |
| Social Security number | 5368 |
| Page 3 of 3 | |

002273

## Interest charges

We are required by law to charge interest on unpaid tax from the date the tax return was due to the date the tax is paid in full. The interest is charged as long as there is an unpaid amount due, including penalties, if applicable. (Internal Revenue Code section 6601)

| Description | Amount |
|---|---|
| Total Interest | $2,697,328.43 |

The table below shows the rates used to calculate the interest on your unpaid amount due. For a detailed calculation of your interest, call 1-866-699-4083.

| Period | Interest rate |
|---|---|
| April 1, 2009 through December 31, 2010 | 4% |
| January 1, 2011 through March 31, 2011 | 3% |
| April 1, 2011 through September 30, 2011 | 4% |
| Beginning October 1, 2011 | 3% |

Beginning January 1, 1999, the interest rate we pay on overpayment of taxes, except for corporate taxes, is the same as the rate of interest we charge on the underpayment of taxes. The law requires us to determine these interest rates quarterly.

Corporate Interest – We charge additional interest of 2% if, according to our records, you didn't make your corporate tax payment within 30 days after the IRS notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment on tax amounts you owe over $100,000, minus your timely payments and credits.

## Additional Interest Charges

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

## Additional information

- Visit www.irs.gov/cp220.
- For tax forms, instructions, and publications, visit www.irs.gov or call 1-800-TAX-FORM (1-800-829-3676).
- Keep this notice for your records.

If you need assistance, please don't hesitate to contact us.

EXHIBIT B

MAY 1 9 2014

**IRS**
Department of Treasury
Internal Revenue Service
Cincinnati OH  45999-0039

| Notice | CP220 |
|---|---|
| Tax period | December 31, 2009 |
| Notice date | May 19, 2014 |
| Social Security number | 5368 |
| To contact us | Phone 1-866-699-4083 |
| Page 1 of 3 | |

002273.446387.69217.7100 1 MB 0.435 700

BREN   SIMON
575 S CHARLES ST STE 402
BALTIMORE  MD  21201-2484

002273

Changes to your December 31, 2009 Form 709

## Amount due: $21,372,328.43

We made changes to your December 31, 2009

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**usbank**    80-1769/810    CHECK NO. 96390990
Memphis, MO

**STIFEL NICOLAUS**
MEMBER SIPC AND NEW YORK STOCK EXCHANGE
One Financial Plaza
501 N. Broadway • St. Louis, MO 63102
800-679-5446

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
HOUSTON, TX 77002
05/28/14
MAY 3 0 2014

2502-5410-1

096390990
RECEIVED
WITH REMITTANCE
45319

PAY $   *21,372,328.43

Void 6 Months After Date of Issue
Check Protected by Positive Pay

UNITED STATES TREASURY

PAY
TO THE
ORDER
OF

Bren Simon  SSN     5368
Form 709   December 31, 2009

AUTHORIZED SIGNATURE

123 11"

Social Security number    5368

**IRS**

**Payment**

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (     5368), the tax period (December 31, 2009), and the form number (709) on your payment and any correspondence.

| Amount due by May 29, 2014 | $21,372,328.43 |
|---|---|

INTERNAL REVENUE SERVICE
CINCINNATI OH  45999-0039

429745368 FL SIMO 51 0 200912 670 02137232843