IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00538

BREN SIMON,

        Plaintiff,

  v.

THE UNITED STATES OF AMERICA,

        Defendant.

**NOTICE OF ENTRY OF APPEARANCE
OF JAMES E. WEAVER AS COUNSEL FOR DEFENDANT UNITED STATES OF AMERICA**

The undersigned attorney, James E. Weaver, hereby enters his appearance in the captioned case as counsel for Defendant the United States of America. Please serve all future pleadings, orders, and communications in this matter on the undersigned:

    James E. Weaver
    Lindsay L. Clayton
    Trial Attorneys, Tax Division
    U.S. Department of Justice
    P.O. Box 683
    Washington, D.C. 20044

    202-305-4929 (Weaver)
    202-307-2956 (Clayton)
    202-307-0054 (f)
    James.E.Weaver@usdoj.gov
    Lindsay.L.Clayton@usdoj.gov

June 10, 2015                                  Respectfully submitted,

                                               CAROLINE D. CIRAOLO
                                               Acting Assistant Attorney General

                                               */s/ James E. Weaver*
                                               JAMES E. WEAVER
                                               LINDSAY L. CLAYTON
                                               Trial Attorneys, Tax Division
                                               U.S. Department of Justice
                                               P.O. Box 683
                                               Washington, D.C. 20044
                                               202-305-4929 (Weaver)
                                               202-307-2956 (Clayton)
                                               202-307-0054 (f)
                                               James.E.Weaver@usdoj.gov
                                               Lindsay.L.Clayton@usdoj.gov

                                               Of Counsel:
                                               JOHN F. WALSH
                                               United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

John William Porter (John.Porter@bakerbotts.Com)
Jeffrey Dean Watters , Jr. (Jeff.Watters@bakerbotts.Com)
Keri D. Brown (Keri.Brown@bakerbotts.Com)
BAKER BOTTS, LLP-HOUSTON
910 Louisiana Street One Shell Plaza, Suite 3000
Houston , Texas 77002-4995
Tel.: 713-229-1597
Fax: 713-229-2797
*Attorneys for Plaintiff*

          */s/ James E. Weaver*
          James E. Weaver
          Trial Attorney, Tax Division
          United States Department of Justice