IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00538

BREN SIMON,

        Plaintiff,

  v.

THE UNITED STATES OF AMERICA,

        Defendant.

**JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE
AND TO APPEAR TELEPHONICALLY**

The United States of America and Bren Simon, by and through undersigned counsel, hereby move this Court, pursuant to Fed. R. Civ. P. 7(b), for an Order extending the time for the parties to participate in case scheduling and planning and allowing the parties to participate in the scheduling conference telephonically. In support of this motion, the parties allege as follows:

    1.    Plaintiff, Bren Simon filed her complaint in this case on March 16, 2015. [Doc. # 1].

    2.    The United States Attorney for the District of Colorado was served with a copy of the summons and complaint on April 10, 2015. Therefore, the United States' answer was due no sooner than June 9, 2015. Fed. R. Civ. P. 12(a)(2).

3. The United States timely answered Ms. Simon's complaint on June 9, 2015. [Doc. # 8].

4. Pursuant to the Court's order of March 19, 2015, a scheduling and planning conference is currently set for June 17, 2015. [Doc. # 7]. The order requires that the parties submit a proposed scheduling order no later than 5:00 PM MT today, June 10, 2015. *Id.*

5. In light of the timing of service of process on the United States and the filing of the United States' answer, the parties have not yet had an opportunity to confer under Fed. R. Civ. P. 26(f).

6. The parties respectfully request that the Court continue the scheduling and planning conference to a date no sooner than July 30, 2015. The parties would be available on any of the following dates: July 30-31, 2015 and August 3-7, 2015.

7. The dates proposed in paragraph 6 are within 120 days of the date on which the United States Attorney for the District of Colorado was served with process and within 90 days of the filing of the United States' answer, in compliance with Fed. R. Civ. P. 16(b)(2). The proposed dates would afford the parties time to meet and confer no later than 21 days before the proposed scheduling order will be due to be tendered.

8. The parties further respectfully request that they be allowed to appear at the scheduling and planning conference telephonically. The offices of counsel for Ms. Simon are located in Houston, Texas. The offices of counsel for the United States are located in Washington, DC.

//

WHEREFORE, the parties request that the Court issue an Order continuing the scheduling and planning conference to a date no earlier than July 30, 2015, adjusting the deadline for submission of a proposed scheduling order accordingly, and allowing the parties to appear telephonically at the scheduling and planning conference. A proposed order to this effect is attached.

Dated:        June 10, 2015

Respectfully submitted,

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

| | |
|---|---|
| */s/ Lindsay L. Clayton* | */s/ John W. Porter* [by permission] |
| JAMES E. WEAVER | John W. Porter |
| LINDSAY L. CLAYTON | Keri D. Brown |
| Trial Attorneys, Tax Division | Jeffrey D. Watts |
| U.S. Department of Justice | BAKER BOTTS L.L.P. |
| P.O. Box 683 | One Shell Plaza |
| Washington, D.C. 20044 | 910 Louisiana Street |
| 202-305-4929 (Weaver) | Houston, Texas 77002-4995 |
| 202-307-2956 (Clayton) | (713) 229-1597 |
| 202-307-0054 (f) | (713) 229-2797 (Fax) |
| James.E.Weaver@usdoj.gov | |
| Lindsay.L.Clayton@usdoj.gov | *Counsel for Bren Simon* |

Of Counsel:
JOHN F. WALSH
United States Attorney

*Counsel for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

   John William Porter (John.Porter@bakerbotts.Com)
   Jeffrey Dean Watters , Jr. (Jeff.Watters@bakerbotts.Com)
   Keri D. Brown (Keri.Brown@bakerbotts.Com)
   BAKER BOTTS, LLP-HOUSTON
   910 Louisiana Street One Shell Plaza, Suite 3000
   Houston , Texas 77002-4995
   Tel.: 713-229-1597
   Fax: 713-229-2797
   *Attorneys for Plaintiff*

   */s/ Lindsay L. Clayton*
   LINDSAY L. CLAYTON
   Trial Attorney, Tax Division
   United States Department of Justice