IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00538

BREN SIMON,

      Plaintiff,

  v.

THE UNITED STATES OF AMERICA,

      Defendant.

**[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE AND APPEAR TELEPHONICALLY**

Upon motion of Bren Simon and the United States of America, and for good cause shown, it is hereby ORDERED that the scheduling and planning conference is continued to _____;

IT IS FURTHER ORDERED that the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures, on or before _____;

IT IS FURTHER ORDERED that the parties shall otherwise comply with the Court's order of March 19, 2015 [Doc. # 7], subject to the adjusted dates set forth above; and

IT IS FURTHER ORDERED THAT the parties may appear telephonically at the scheduling and planning conference.

Dated _____, 2015.

_____
UNITED STATES MAGISTRATE JUDGE