IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 15-cv-00538-REB-KMT | Date: | August 12, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                                 *Counsel:*

BREN SIMON,                                                         John Porter
                                                                                   Jeffrey Watters

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,                      James Weaver
                                                                                   Lindsay Clayton

    Defendant.

## COURTROOM MINUTES

**TELEPHONIC SCHEDULING CONFERENCE**

**10:02 a.m.**     **Court in session.**

Court calls case. Appearances of counsel.

Counsel confirm initial disclosures have been exchanged.

Discussion regarding electronic discovery. Court advises parties to review the Court's ESI guidelines.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Each side shall be limited to 25 depositions.
Depositions shall not exceed 7 hours, without prior agreement or absent leave of court.
Each side shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission.

Final Pretrial/Trial Preparation Conference is set for January 13, 2017 at 9:00 a.m. a six day bench trial is set for January 23, 2017 at 9:00 a.m. before District Judge Robert E. Blackburn. A separate written order will be issued.

Joinder of Parties/Amendment to Pleadings:   September 16, 2015
Discovery Cut-off:     July 28, 2016
Dispositive Motions Deadline:   August 18, 2016
Each side shall be limited to 4 expert witnesses, absent leave of court.
Disclosure of Affirmative Experts:   April 15, 2016
Disclosure of Rebuttal Experts:   June 2, 2016

Written Discovery shall be served 33 days prior to the discovery cutoff or June 23, 2016, whichever date is later.

Court states its practice regarding discovery disputes.

**Scheduling Order entered.**

**10:14 a.m.     Court in recess.**

Hearing concluded.
Total in-court time:   00:12

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.