IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00538

BREN SIMON,

        Plaintiff,

v.

THE UNITED STATES OF AMERICA,

        Defendant.

**NOTICE OF ENTRY OF APPEARANCE OF LANDON M. YOST AS COUNSEL FOR DEFENDANT UNITED STATES OF AMERICA**

The undersigned attorney, Landon M. Yost, hereby enters his appearance in the captioned case as counsel for Defendant the United States of America. Please serve all future pleadings, orders, and communications in this matter on the undersigned:

    James E. Weaver
    Lindsay L. Clayton
    Landon M. Yost
    Trial Attorneys, Tax Division
    U.S. Department of Justice
    P.O. Box 683
    Washington, D.C. 20044

    202-305-4929 (Weaver)
    202-307-2956 (Clayton)
    202-307-2144 (Yost
    202-307-0054 (f)
    James.E.Weaver@usdoj.gov
    Lindsay.L.Clayton@usdoj.gov
    Landon.M.Yost@usdoj.gov


Respectfully submitted February 11, 2016:

        CAROLINE D. CIRAOLO
        Acting Assistant Attorney General

        */s/ Landon M. Yost*
        JAMES E. WEAVER
        LINDSAY L. CLAYTON
        LANDON M. YOST
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        P.O. Box 683
        Washington, D.C. 20044
        202-305-4929 (Weaver)
        202-307-2956 (Clayton)
        202-307-2144 (Yost)
        202-307-0054 (f)
        James.E.Weaver@usdoj.gov
        Lindsay.L.Clayton@usdoj.gov
        Landon.M.Yost@usdoj.gov

        Of Counsel:
        JOHN F. WALSH
        United States Attorney

        *Counsel for the United States*

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    John William Porter (John.Porter@bakerbotts.Com)
    Jeffrey Dean Watters , Jr. (Jeff.Watters@bakerbotts.Com)
    Keri D. Brown (Keri.Brown@bakerbotts.Com)
    BAKER BOTTS, LLP-HOUSTON
    910 Louisiana Street One Shell Plaza, Suite 3000
    Houston , Texas 77002-4995
    Tel.: 713-229-1597
    Fax: 713-229-2797
    *Attorneys for Plaintiff*

    */s/ Landon M. Yost*
    LANDON M. YOST
    Trial Attorney, Tax Division
    United States Department of Justice