IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00538-REB

BREN SIMON,

        Plaintiff,

  v.

THE UNITED STATES OF AMERICA,

        Defendant.

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

      For good cause, Plaintiff, Bren Simon, and Defendant, the United States of America, move for entry of the proposed Stipulated Protective Order Regarding the National Basketball Association ("NBA") submitted with this motion. The proposed order limits disclosure of certain information that will be furnished by the NBA in response to subpoenas issued in this case. The undersigned parties have conferred with each other and with the NBA in accordance with the requirements of Rule 26(c) of the Federal Rules of Civil Procedure.

      This is a gift tax case arising out of adjustments made by the IRS to a 2009 gift tax return filed by the Estate of Melvin Simon. The IRS adjustments relate to a reorganization of the Indiana Pacers ownership structure completed several months before Mr. Simon died in September 2009. Plaintiff is Mr. Simon's surviving spouse. By virtue of an election in the tax return, gifts made by Melvin and Bren Simon during 2009

were to be treated as made one-half by each.  At the crux of the parties' dispute is the nature of the 2009 reorganization and its effect on the value of interests in the team and other assets held by the deceased Melvin Simon and his brother Herbert Simon.  In order to obtain evidence relevant to the dispute, the United States subpoenaed, among other entities and individuals, the NBA.

The proposed order is the result of discussions between counsel for the NBA, counsel for the Defendant, and counsel for the Plaintiff that have occurred over the past several weeks.  The terms of the proposed order address the use of confidential tax or financial information of the NBA, NBA teams, or team owners (excepting the now-deceased Melvin Simon, his estate, or Herbert Simon).

Good cause exists for entry of the proposed order.

First, the express terms of the proposed order require that that NBA make a particularized good-faith determination before designating information as confidential tax or financial information.  Designation is to be made,

> <u>only after</u> the NBA makes a good-faith determination, provided to the Parties in writing, on a category-by-category basis (with Bates-numbers identifying those documents belonging to each category), that the designated information, materials, or documents fall within the protections of Rule 26(c) of the Federal Rules of Civil Procedure and warrant protection from disclosure.

(Proposed Order, Paragraph 1).

Second, the proposed order is expected to minimize the necessity for judicial intervention in dealing with discovery materials requested from the NBA.  *See Gillard v. Boulder Valley School Dist.*, 196 F.R.D. 382, 386 (D. Colo. 2000) (Boland, Magistrate Judge).

2

Third, the proposed order provides "a procedure by which the confidential designation may be challenged, and upon such a challenge the burden is on the party seeking protection to establish good cause." *Id.* at 386-87.  The procedure is set forth in Paragraph 11 of the proposed order.

Fourth, any countervailing concern for the public interest in access to information that may be submitted as evidence for consideration by the Court is mitigated by provisions contained in Paragraph 5 of the proposed order.  Following notification to the NBA of an intent to submit information to the Court, the NBA must affirmatively move for further relief before access to information submitted to the Court would be restricted.

WHEREFORE, the parties respectfully request that the Court grant this motion, and enter the proposed Stipulated Protective Order Regarding the National Basketball Association.

//

//

//

//

//

**(signatures follow on next page)**

Respectfully submitted February 26, 2016:


CAROLINE D. CIRAOLO
Acting Assistant Attorney General

*/s/ James E. Weaver*
JAMES E. WEAVER
LINDSAY L. CLAYTON
LANDON M. YOST
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-305-4929 (Weaver)
202-307-2956 (Clayton)
202-307-2144 (Yost)
202-307-0054 (f)
James.E.Weaver@usdoj.gov
Lindsay.L.Clayton@usdoj.gov
Landon.M.Yost@usdoj.gov

Of Counsel:
JOHN F. WALSH
United States Attorney

*Counsel for the United States*

*/s/ John W. Porter*   [authorized by e-mail]
John W. Porter
Keri D. Brown
Jeffrey D. Watters
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
(713) 229-1597
(713) 229-2797 (Fax)

*Counsel for Bren Simon*

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2016, I electronically filed the foregoing document (along with a proposed order) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

   John William Porter (John.Porter@bakerbotts.Com)
   Jeffrey Dean Watters , Jr. (Jeff.Watters@bakerbotts.Com)
   Keri D. Brown (Keri.Brown@bakerbotts.Com)
   BAKER BOTTS, LLP-HOUSTON
   910 Louisiana Street One Shell Plaza, Suite 3000
   Houston , Texas 77002-4995
   Tel.: 713-229-1597
   Fax: 713-229-2797
   *Attorneys for Plaintiff*

                                              */s/ James E. Weaver*
                                              JAMES E. WEAVER
                                              Trial Attorney, Tax Division
                                              United States Department of Justice