IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00538-REB-KMT

BREN SIMON,

       Plaintiff,

v.

THE UNITED STATES OF AMERICA,

       Defendant.

**DECLARATION OF JOHN W. PORTER IN SUPPORT OF
SECOND JOINT MOTION TO EXTEND CASE DEADLINE**

I, John W. Porter, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a lawyer licensed to practice in the State of Texas. I am a partner in the law firm of Baker Botts LLP.

2. I represent the Plaintiff, Bren Simon, in the above captioned case. I make this declaration in support of the Second Joint Motion to Extend Case Deadlines.

3. On September 29, 2015, Baker Botts LLP issued subpoenas compelling the production of documents to (i) Katz, Sapper & Miller, LLC; (ii) Theodore Boehm, the Personal Representative of the Estate of Melvin Simon; (iii) Herbert Simon; (iv) Faegre Baker Daniels, LLP; (v) Pacers Basketball, LLC; and (vi) Melvin Simon & Associates, Inc.

4. On December 14, 2015, Baker Botts LLP issued a document subpoena to Simon Property Group, Inc.

5. I attach as Exhibit 1 a true and correct copy of the subpoena packet directed to Herbert Simon on September 29, 2015.

6. I attach as Exhibit 2, a true and correct copy of the subpoena packet directed to Pacers Basketball, LLC on September 29, 2015, except that I have removed certain attachments (containing specific financial information) from the packet.

7. Herbert Simon, Faegre Baker Daniels, LLP, and Pacers Basketball, LLC raised a number of objections to the production of documents in response to those subpoenas. Despite attempts to resolve those objections, no documents have been produced.

8. I attach as Exhibit 5, a true and correct copy of responses of Herbert Simon and Pacers Basketball, LLC to those subpoenas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of June, 2016.

/s/ John W. Porter  
JOHN W. PORTER  
BAKER BOTTS L.L.P.

13973832.1