IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00538-REB-KMT

BREN SIMON,

       Plaintiff,

  v.

THE UNITED STATES OF AMERICA,

       Defendant.

---

**DECLARATION OF JAMES E. WEAVER IN SUPPORT OF
SECOND JOINT MOTION TO EXTEND CASE DEADLINES**

---

I, James E. Weaver, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am employed as an attorney with the United States Department of Justice Tax Division in Washington, D.C.  I am assigned responsibility for representing the interests of the United States in the captioned matter.  I make this declaration in support of the Second Joint Motion to Extend Case Deadlines.

2.      I attach as Exhibit 3 a true and correct copy of the subpoena packet directed to Herbert Simon dated December 23, 2015.

3.      I attach as Exhibit 4 a true and correct copy of the subpoena packet directed to Pacers Basketball, LLC dated December 23, 2015.

4.      I attach as Exhibit 6 a true and correct copy of responses received to subpoenas attached as Exhibits 3 & 4 (plus others), served on February 1, 2016.

5.      I attach as Exhibit 7 a true and correct copy of a cover letter that I sent to Daniel R. Kelley on April 29, 2016 (with one redaction), plus two of the attachments to that letter, namely, revised subpoenas for documents directed to Herbert Simon and to Pacers Basketball, LLC.  (This exhibit is being filed in three parts – 7a, 7b and 7c.)

6.      I attach as Exhibit 8 a true and correct copy of a letter to me from Daniel R. Kelley dated May 6, 2016 (without attachment that accompanied the cover e-mail transmitting the letter).

7.      I attach as Exhibit 9 a true and correct copy of responses to the revised subpoenas directed to Herbert Simon and Pacers Basketball, LLC (see Exhibit 7) served on May 13, 2016.

I declare under penalty of perjury that the foregoing is true and correct.


Executed this 1st day of June, 2016.


/s/ James E. Weaver
JAMES E. WEAVER
Trial Attorney, Tax Division

13961467.1