IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00538-REB-KMT

BREN SIMON,

       Plaintiff,

  v.

THE UNITED STATES OF AMERICA,

       Defendant.

## [PROPOSED] ORDER GRANTING SECOND JOINT MOTION TO EXTEND CASE DEADLINES

Having read and considered the Second Joint Motion to Extend Case Deadlines, and for good cause shown, the Court hereby GRANTS the motion and ORDERS that the below deadlines be extended as follows:

|  | *Current Deadline* | *Proposed New Deadline* |
| --- | --- | --- |
| Expert disclosures under Fed. R. Civ. P. 26(a)(2) due: | 6/29/16 | 9/29/16 |
| Expert rebuttal disclosures under Fed. R. Civ. P. 26(a)(2) due: | 8/16/16 | 11/16/16 |
| Deadline for written discovery, including Interrogatories, Requests for Production of Documents, and Requests for Admission: | 9/6/16, or 33 days prior to the discovery cut-off, whichever is later. | 12/6/16, or 33 days prior to the discovery cut-off, whichever is later. |
| All motions raising issues under Fed. R. Evid. 702, 703, or 704 filed by: | 9/19/16 | 12/19/16 |
| Discovery Cut-Off: | 10/11/16 | 1/11/17 |
| Dispositive Motion Deadline: | 11/1/16 | 2/1/17 |
| Trial commencement date | 1/23/17 | **[to be added by Court]** |

13972846.1

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE