**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 1:15-cv-00538-REB-KMT

BREN SIMON,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

**ORDER GRANTING SECOND JOINT MOTION TO EXTEND CASE DEADLINES**

**Blackburn, J.**

The matter is before me on the **Second Joint Motion To Extend Case Deadlines** [#31][1] filed June 1, 2016. After careful review of the motion and the file, I conclude that the motion should be granted.

This case concerns adjustments made by the Internal Revenue Service to a 2009 gift tax return filed by the Estate of Melvin Simon. The adjustments made by the IRS relate to a reorganization of the ownership structure of the Indiana Pacers basketball team. As detailed in the motion, this case involves substantial discovery from persons and entities not a party to this case. Those discovery efforts are ongoing and have created a variety of disputes. Notably, the Indiana Pacers and Herbert Simon have, thus far, refused to produce documents in response to subpoenas issued by the plaintiff and the defendant. Efforts are underway to resolve these and other discovery

---

[1] "[#31]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

issues or to obtain a resolution by court order.  Unless the discovery deadlines are extended, the affirmative expert witnesses for the parties will be required to issue reports without having fully analyzed the full documentary and testimonial record.  Trial is set to begin January 23, 2017.   A combined Final Pretrial Conference and Trial Preparation Conference is set for January 13, 2017.

The United States Court of Appeals for the Tenth Circuit has outlined four primary factors that should be considered to determine if a continuance is necessary. ***See, e.g., Morrison Knudsen Corp. v. Fireman's Fund Ins. Co.***,175 F.3d 1221, 1230 (10th Cir. 1999) (citing ***U.S. v. West***, 828 F.2d 1468, 1469 (10th Cir. 1987) (listing factors)).  The key relevant factors are

> (1) the diligence of the party requesting the continuance; (2) the likelihood that the continuance, if granted, would accomplish the purpose underlying the party's expressed need for the continuance; (3) the inconvenience to the opposing party, its witnesses, and the court resulting from the continuance; [and] (4) the need asserted for the continuance and the harm that [movant] might suffer as result of the district court's denial of the continuance.

***United States v. Rivera***, 900 F.2d 1462, 1475 (10th Cir. 1990) (quoting ***United States v. West***, 828 F.2d 1468, 1470 (10th Cir. 1987)).  Applied to the present case, these factors augur toward a continuance of the trial and combined Final Pretrial Conference and Trial Preparation Conference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Second Joint Motion To Extend Case Deadlines** is granted;

2. That the combined Final Pretrial Conference/Trial Preparation Conference set January 13, 2017, is vacated and continued pending further order;

3. That the trial to court set to commence January 23, 2017, is vacated and continued pending further order;

4. That the deadlines below are extended as follows:

|  | *Current Deadline* | *Proposed New Deadline* |
|---|---|---|
| Expert disclosures under Fed. R. Civ. P. 26(a)(2) due: | 6/29/16 | 9/29/16 |
| Expert rebuttal disclosures under Fed. R. Civ. P. 26(a)(2) due: | 8/16/16 | 11/16/16 |
| Deadline for written discovery, including Interrogatories, Requests for Production of Documents, and Requests for Admission: | 9/6/16, or 33 days prior to the discovery cut-off, whichever is later. | 12/6/16, or 33 days prior to the discovery cut-off, whichever is later. |
| All motions raising issues under Fed. R. Evid. 702, 703, or 704 filed by: | 9/19/16 | 12/19/16 |
| Discovery Cut-Off: | 10/11/16 | 1/11/17 |
| Dispositive Motion Deadline: | 11/1/16 | 2/1/17 |

5. That on **June 29, 2016**, at 10:30 a.m. (MDT), the court shall conduct a telephonic (non-appearance) setting conference to reset the combined Final Pretrial Conference/Trial Preparation Conference and trial to court; and

6. That counsel for the plaintiff shall arrange, initiate, and coordinate the conference call to chambers at **303-335-2350** to facilitate the setting conference.

Dated June 15, 2016, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge

3