IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00538-REB-KMT

BREN SIMON,

        Plaintiff,

   v.

THE UNITED STATES OF AMERICA,

        Defendant.

## NOTICE OF RELATED CASES

The United States, by and through undersigned counsel and in accordance with D.C.COLO.LCivR 3.2, hereby provides notice of related actions pending in the United States District Court for the District of Colorado. The captions for the related cases are:

1. *Bren Simon vs. The United States of America*, Case No. 1:15-cv-00538-REB-KMT (D. Colo.).

2. *In Re: Motion for Protective Order*, Case No 1:16-mc-00191-MJW (D. Colo.) (the present action).

Notice is appropriate because these actions have common facts and claims and have at least one party in common. Duplication of labor might result if the actions are heard by different District or Magistrate Judges. Specifically, the first listed case is a tax refund action filed by Bren Simon concerning gift taxes assessed by the IRS in connection with a reorganization of the ownership structure of the Indiana Pacers

basketball team as of February 2, 2009. The second listed case concerns disputes over discovery requests issued by the parties in the first case to third parties associated with the Indiana Pacers basketball team: Herbert Simon, Stephen Simon, Pacers Basketball, LLC, Kevin Bower, Donald Walsh, and Faegre Baker Daniels, LLP (collectively, the "Pacers Group").

The second case was initially filed in the United States District Court for the Southern District of Indiana, but was transferred to this Court on August 18, 2016 under Fed. R. Civ. P. 45(f). *See*, [Dkt. # 36], *In Re: Motion for Protective Order*, Case No. 1:16-mc-42-WTL-TAB (S.D. Ind.). The Indiana Court based its decision on the Pacers Group's request for a "highly unusual" protective order "that would affect not only the parties [before the Indiana Court], but apparently others who have already produced documents in the Colorado case." *Id.* at 2-3. Thus, as set forth above, resolution of the facts and claims in second listed case directly impacts the first listed case. Further, Bren Simon and the United States are common parties in both listed actions. Accordingly, Notice is appropriate under D.C.COLO.LCivR 3.2.

//

Respectfully submitted September 26, 2016,

        CAROLINE D. CIRAOLO
        Principal Deputy Assistant Attorney General

        */s/ Lindsay L. Clayton*
        JAMES E. WEAVER
        LINDSAY L. CLAYTON
        LANDON M. YOST
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        P.O. Box 683
        Washington, D.C. 20044
        202-307-2956 (Clayton)
        202-307-0054 (f)
        Lindsay.L.Clayton@usdoj.gov

        Of Counsel:
        JOHN F. WALSH
        United States Attorney

        *Counsel for the United States*

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    John William Porter (john.porter@bakerbotts.com)
    Jeffrey Dean Watters , Jr (jeff.watters@bakerbotts.com)
    *Counsel for Bren Simon*

    */s/ Lindsay L. Clayton*
    LINDSAY L. CLAYTON
    Trial Attorney, Tax Division
    United States Department of Justice