IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00538-REB-KMT

BREN SIMON,

       Plaintiff,

  v.

THE UNITED STATES OF AMERICA,

       Defendant.

## [PROPOSED] ORDER GRANTING THIRD JOINT MOTION TO EXTEND CASE DEADLINES

Having read and considered the Third Joint Motion to Extend Case Deadlines, and for good cause shown, the Court hereby GRANTS the motion and ORDERS, contingent upon Judge Blackburn granting a continuance of current pretrial/trial preparation conference and trial dates, that the below deadlines be extended as follows:

|  | *Current Deadline* | *Proposed New Deadline* |
|---|---|---|
| Deadline for Supplementation of Expert disclosures under Fed. R. Civ. P. 26(a)(2)(e) | N/A | 05/01/17 |
| Deadline for written discovery, including Interrogatories, Requests for Production of Documents, and Requests for Admission: | 12/6/16, or 33 days prior to the discovery cut-off, whichever is later. | 05/8/17, or 33 days prior to the discovery cut-off, whichever is later. |
| All motions raising issues under Fed. R. Evid. 702, 703, or 704 filed by: | 12/19/16 | 05/19/17 |
| Discovery Cut-Off: | 01/11/17 | 06/12/17 |
| Dispositive Motion Deadline: | 02/01/17 | 07/05/17 |

14660018.1

IT IS SO ORDERED.

BY THE COURT:

_____
KATHLEEN M. TAFOYA
UNITED STATES MAGISTRATE JUDGE