IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00538-REB-KMT

BREN SIMON,

      Plaintiff,

   v.

THE UNITED STATES OF AMERICA,

      Defendant.

---

## SUPPLEMENT TO THIRD JOINT MOTION TO EXTEND CASE DEADLINES

---

The parties submit this Supplement to their Third Joint Motion to Extend Case Deadlines.

On November 21, 2016, pursuant to guidance provided by Magistrate Judge Tafoya during a hearing held on November 14, 2016, Plaintiff Bren Simon and Defendant the United States of America moved for an additional five-month extension of discovery deadlines in this case.  That motion is pending.

Subsequent to the filing of the motion, three individuals served by the United States with subpoenas for deposition testimony in this case filed a motion to quash the subpoenas in the United States District Court for the Southern District of Indiana, where they work and/or reside.  *In re Motion to Quash*, 1:16-cv-00077 (S.D. Ind.) (the motion was filed on November 30, 2016).  The three individuals, Patrick Early, Ann Lathrop, and Robert Grand, were to appear for depositions on December 8-9, 2016 in

14800628.1

Indianapolis.  All three were board members and/or officers of the Capital Improvements Board of Managers of Marion County, Indiana ("CIB") during times relevant to this action.[1]

      The parties respectfully submit this additional information and request that the Court grant the pending Third Joint Motion to Extend Case Deadlines.

      Respectfully submitted December 7, 2016:

---

[1] The CIB is also a moving party with respect to the motion to quash.

2

CAROLINE D. CIRAOLO
Principal Deputy Assistant
Attorney General

*/s/ James E. Weaver*
JAMES E. WEAVER
LINDSAY L. CLAYTON
LANDON YOST
Trial Attorneys, Tax
Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-305-4929 (Weaver)
202-307-0054 (Fax)
James.E.Weaver@usdoj.g
ov

Of Counsel:
ROBERT C. TROYER
Acting United States
Attorney
*Counsel for the United
States*

*/s/ John W. Porter*
John W. Porter
Keri D. Brown
Jeffrey D. Watters
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-
4995
(713) 229-1597
(713) 229-2797 (Fax)

*Counsel for Bren Simon*

14800628.1

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December, 2016, I electronically filed the

foregoing document with the Clerk of Court using the CM/ECF system, which will send

notification of such filing to the following:

John William Porter (John.Porter@bakerbotts.Com)
Jeffrey Dean Watters , Jr. (Jeff.Watters@bakerbotts.Com)
BAKER BOTTS, LLP-HOUSTON
910 Louisiana Street One Shell Plaza, Suite 3000
Houston , Texas 77002-4995Tel.: 713-229-1597
Fax: 713-229-2797
*Attorneys for Plaintiff*

/s/James E. Weaver
JAMES E. WEAVER
Trial Attorney, Tax Division
United States Department of Justice