IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 15-cv-00538-REB-KMT

BREN SIMON,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

## ORDER GRANTING THIRD JOINT MOTION TO EXTEND CASE DEADLINES

**Blackburn, J.**

The matter before me is the parties' **Third Joint Motion To Extend Case Deadlines** [#39],[1] filed November 21, 2016.  After careful review of the motion and the file, I grant the motion in part.  I refer the remaining scheduling issues to the magistrate judge assigned to this case, who is in a better position to address those issues.

In the motion [#39], the parties outline significant discovery difficulties which they have faced in the past and which, to some extent, have not been resolved fully.  In a hearing held on November 14, 2016, the assigned magistrate judge agreed with the parties that significant additional time is needed to complete discovery.  In essence, the magistrate judge recommends that the trial be continued to accommodate this need for additional time.  I agree with the assessment of the magistrate judge.

The United States Court of Appeals for the Tenth Circuit has outlined four

---

[1] "[#39]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

primary factors that should be considered to determine if a continuance is necessary. *See, e.g., Morrison Knudsen Corp. v. Fireman's Fund Ins. Co.*,175 F.3d 1221, 1230 (10th Cir. 1999) (citing *U.S. v. West*, 828 F.2d 1468, 1469 (10th Cir. 1987) (listing factors)).  The key relevant factors are:

> (1) the diligence of the party requesting the continuance; (2) the likelihood that the continuance, if granted, would accomplish the purpose underlying the party's expressed need for the continuance; (3) the inconvenience to the opposing party, its witnesses, and the court resulting from the continuance; [and] (4) the need asserted for the continuance and the harm that [movant] might suffer as result of the district court's denial of the continuance.

*United States v. Rivera*, 900 F.2d 1462, 1475 (10th Cir. 1990) (quoting *United States v. West*, 828 F.2d 1468, 1470 (10th Cir. 1987)).  The present motion to extend various deadlines and, by implication, to re-set the trial at a later date is unopposed and each of the four relevant factors weighs in favor of continuance.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Third Joint Motion To Extend Case Deadlines** [#39] is granted in part;

2. That the combined Final Pretrial Conference and Trial Preparation Conference, set May 5, 2017, and the bench trial currently set to begin May 8, 2017, are vacated and continued pending further order;

3. That on **January 3, 2017, at 10:00 a.m.** (MST) counsel for the parties shall contact the court's administrative assistant at **(303) 335-2350** to reschedule the combined Final Pretrial Conference and Trial Preparation Conference and the bench trial;

2

4. That counsel for the plaintiff shall arrange and coordinate the conference call necessary to facilitate this telephone conference;

5. That the bench trial shall be scheduled for six (6) trial days;

6. That the re-scheduled bench trial shall be set to begin on a date after September 30, 2017, and before February 19, 2018;

7. That the **Second Trial Preparation Conference Order** [#33] entered June 29, 2016, is amended and supplemented accordingly; and

8. That the other requests for adjustment of the deadlines in this case, as stated in the present motion, are referred to the assigned magistrate judge for resolution.

Dated December 19, 2016, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge