IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00538-REB

BREN SIMON,

       Plaintiff,

  v.

THE UNITED STATES OF AMERICA,

       Defendant.

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

      For good cause, Plaintiff, Bren Simon, and Defendant, the United States of America, move for entry of the proposed Stipulated Protective Order Regarding David Simon submitted with this motion. The proposed order limits disclosure of certain information that will be furnished by David Simon in response to subpoenas issued in this case. The undersigned parties have conferred with each other and with David Simon in accordance with the requirements of Rule 26(c) of the Federal Rules of Civil Procedure. Counsel for David Simon did not believe their signature was necessary on the proposed protective order, but approved the terms of the proposed protective order via email. *See,* Declaration of Lindsay L. Clayton.

      This is a gift tax case arising out of adjustments made by the IRS to a 2009 gift tax return filed by the Estate of Melvin Simon. The IRS adjustments relate to a reorganization of the Indiana Pacers ownership structure completed several months

before Melvin Simon died in September 2009.  Plaintiff is Melvin Simon's surviving spouse.  By virtue of an election in the tax return, gifts made by Melvin and Bren Simon during 2009 were to be treated as made one-half by each.  At the crux of the parties' dispute is the nature of the 2009 reorganization and its effect on the value of interests in the team and other assets held by the deceased Melvin Simon and his brother Herbert Simon.  In order to obtain evidence relevant to the dispute, the United States subpoenaed, among other entities and individuals, David Simon.

The proposed order is the result of discussions between counsel for David Simon, counsel for the Defendant, and counsel for the Plaintiff that have occurred over the past several weeks.  The terms of the proposed order address the use of confidential tax or financial information in the possession of David Simon falling into one of the categories enumerated in Paragraph 1 of the proposed order.

Good cause exists for entry of the proposed order.

First, the express terms of the proposed order require that David Simon make a particularized good-faith determination before designating information as confidential tax or financial information.  Designation is to be made,

> only after Mr. [David] Simon makes a good-faith determination, provided to the Parties in writing, with sufficient particularity to understand the basis for applying the designation to any given document, that the designated information, materials, or documents fall within the protections of Rule 26(c) of the Federal Rules of Civil Procedure and warrant protection from disclosure.

(Proposed Order, Paragraph 1).

Second, the proposed order is expected to minimize the necessity for judicial intervention in dealing with discovery materials requested from David Simon.  *See*

14830318.1

*Gillard v. Boulder Valley School Dist.*, 196 F.R.D. 382, 386 (D. Colo. 2000) (Boland, Magistrate Judge).

Third, the proposed order provides "a procedure by which the confidential designation may be challenged, and upon such a challenge the burden is on the party seeking protection to establish good cause." *Id.* at 386-87.  The procedure is set forth in Paragraph 12 of the proposed order.

Fourth, any countervailing concern for the public interest in access to information that may be submitted as evidence for consideration by the Court is mitigated by provisions contained in Paragraph 6 of the proposed order.  Following notification to David Simon of an intent to submit information to the Court, David Simon (or other persons) must affirmatively move for further relief before access to information submitted to the Court would be restricted.

WHEREFORE, the parties respectfully request that the Court grant this motion, and enter the proposed Stipulated Protective Order Regarding David SImon.

//


//


//



//

**(signatures follow on next page)**

Respectfully submitted December 20, 2016:


CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney
General

/s/ Lindsay L. Clayton
JAMES E. WEAVER
LINDSAY L. CLAYTON
LANDON M. YOST
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-305-4929 (Weaver)
202-307-2956 (Clayton)
202-307-2144 (Yost)
202-307-0054 (f)
James.E.Weaver@usdoj.gov
Lindsay.L.Clayton@usdoj.gov
Landon.M.Yost@usdoj.gov

Of Counsel:
JOHN F. WALSH
United States Attorney

*Counsel for the United States*

/s/ John W. Porter   [authorized by e-mail]
John W. Porter
Keri D. Brown
Jeffrey D. Watters
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
(713) 229-1597
(713) 229-2797 (Fax)

*Counsel for Bren Simon*

14830318.1

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2016, I electronically filed the foregoing document (along with a proposed order) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

> John William Porter (John.Porter@bakerbotts.Com)
> Jeffrey Dean Watters , Jr. (Jeff.Watters@bakerbotts.Com)
> Keri D. Brown (Keri.Brown@bakerbotts.Com)
> BAKER BOTTS, LLP-HOUSTON
> 910 Louisiana Street One Shell Plaza, Suite 3000
> Houston , Texas 77002-4995
> Tel.: 713-229-1597
> Fax: 713-229-2797
> *Attorneys for Plaintiff*

          */s/ Lindsay L. Clayton*
          LINDSAY L. CLAYTON
          Trial Attorney, Tax Division
          United States Department of Justice

14830318.1