IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00538-REB

BREN SIMON,

                Plaintiff,

v.

THE UNITED STATES OF AMERICA,

                Defendant.

---

## MOTION TO WITHDRAW AS COUNSEL

---

Jeffrey D. Watters, Jr. hereby requests leave to withdraw as co-counsel for Bren Simon in this case as he is no longer associated with the law firm of Baker Botts L.L.P.  Prior notice of this motion has been given to counsel for Bren Simon, Plaintiff, and the United States of America, Defendant.  There is no objection to the motion.

Dated at Houston, Texas, this 19th day of January, 2017.

JEFFREY D. WATTERS, JR.
2103 Whitney Street
Houston, Texas 77006
(919) 260-8467
jdwatters@gmail.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was served to the United States of America, Defendant, by filing in CM/ECF, and that a true and correct copy of the foregoing document was served to Bren Simon, Plaintiff, through her remaining counsel of record, John W. Porter and Keri D. Brown, Baker Botts L.L.P., 910 Louisiana Street, Houston, Texas 77002, on this 19th day of January, 2017.

/s/ Keri D. Brown
Keri D. Brown