IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 15–cv–00538–REB–KMT

BREN SIMON,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

and

Civil Action No. 16-mc-00191-KMT

In Re:  MOTION FOR PROTECTIVE ORDER

---

## ORDER

---

This matter is before the court on the "United States' Motion to Compel Production of Documents" [Doc. No. 1-21][1] and several related discovery matters which were transferred to this court by Judge William T. Lawrence from the Southern District of Indiana, Indianapolis Division on August 18, 2016. In the Indiana case, the United States of America ("I.R.S.") moved for an order compelling Herbert Simon and Pacers Basketball, LLC (collectively "the Pacers Group") to produce documents responsive to subpoenas for documents issued to them by

---

[1] All references to documents herein are to documents in the 16-mc-00191 case.

the I.R.S. in *Bren Simon v. United States*, No. 1:15-cv-00538-REB-KMT (D. Colo.)  After receiving briefing on this motion[2] and on a Motion for Protective Order filed by the Pacers Group [Doc. No. 2], Judge Lawrence transferred the case for resolution to Colorado pursuant to Fed. R. Civ. P. 45(f).

This court received a Statement of Open Issues [Doc. No. 17] ("Notice") on November 10, 2016 and set a motions hearing for November 14, 2016.  The court was able to resolve several of the outstanding matters at the hearing (Trans. [Doc. No. 20]) and took several issues under advisement, waiting for supplemental briefing.  (*Id.* at 122.)  The Pacers Group and the I.R.S. filed supplements on November 28, 2016.  *See* [Doc Nos. 21 and 22], respectively.

Combining the Notice with the statements and argument of counsel at the hearing, the parties appeared to seek court resolution of the following:

   a. <u>IRS Subpoena to Pacers dated April 29, 2016</u>; Request Nos. 1(a), (h), (k), (m); 2; 5(a) and (c); 7(b); and 8(a), (c), (d), (e), (f), (g), (h), (i), (j), (k), (l).;

   b. <u>IRS Subpoena to Herbert Simon dated April 29, 2016</u>; all requests identical to those listed above as to the Pacers; and, Request Nos. 4(a), (b), (c), (d), (e); 14 (all subparts); 15; and

   c. <u>Bren Simon to Pacers</u>; Request No. 10.

Upon entry of a Protective Order by the court,[3] the Pacers Group was ordered to produce documents in two phases.  The first production was to be November 28, 2016 and the second was December 16, 2016.  (Minutes [Doc. No. 19] at 2.)  The court anticipated that at the end of

---

[2] "Pacers Group's Opposition to IRS's Motion to Compel" [Doc. No. 31] was filed on July 22, 2016 and the "Reply to Pacers Group's Opposition to United States' Motion to Compel Production of Documents" [Doc. No. 1-33] was filed July 29, 2016.

[3] The Protective Order was entered on November 28, 2016 [Doc. No. 23].

2

the two disclosures, the motion to compel might be resolved or significantly limited.[4]  However, the court has not heard further from the parties and the Motion to Compel has not been withdrawn or modified.

Meanwhile, the parties sought and received an extension of the trial date from Senior Judge Blackburn. [Doc. No. 49, Case 15-cv-00538.]  Trial is now set to begin on November 6, 2017.

It is **ORDERED**

The parties shall file, on or before March 1, 2017, status reports no longer than three pages, addressing whether the anticipated documents were timely produced by the Pacers Group and which, if any, issues remain for resolution by the court, including whether the parties have agreed on search protocols for communications and whether the mc case may now be closed.

Dated February 17, 2017.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge

---

[4] The court stated, "And that's precisely why I didn't want to rule on all these issues right this second because you're going to know within, say, the next month what you got and what's missing, right?  And so we will be able to tee this up a little better. So that was my point kind of exactly, if they are -- if they do give Mrs. Simon the things you think you'll need, you'll have them by the 28th or the 16th, depending on what category they fall in.  So maybe you'll know then whether or not you need a motion to compel on more limited issues." (Trans. 144:5-15.)