IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00538-REB-KMT

BREN SIMON,

       Plaintiff,

v.

THE UNITED STATES OF AMERICA,

       Defendant.

---

**[PROPOSED] ORDER GRANTING JOINT MOTION TO VACATE THE TRIAL DATE**

---

       Having read and considered the Joint Motion to Vacate the Trial Date, and for good cause shown, the Court hereby GRANTS the motion and ORDERS that the trial set to commence November 6, 2017, and related pretrial disclosure deadlines, are vacated pending further order, and that the parties shall submit a status report to the Court no later than November 15, 2017, regarding the status of the settlement of this case.

       IT IS SO ORDERED.

       BY THE COURT:

_____
ROBERT E. BLACKBURN
UNITED STATES DISTRICT JUDGE