IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00538-REB-KMT

BREN SIMON,

        Plaintiff,

  v.

THE UNITED STATES OF AMERICA,

        Defendant.

## JOINT STATUS REPORT REGARDING SETTLEMENT

Pursuant to the Court's Order Vacating Trial dated September 13, 2017, the undersigned counsel file this status report to inform the Court that on January 30, 2018, the United States notified counsel for Bren Simon that her offer to settle this litigation has been accepted.

The parties will file a joint stipulation of dismissal upon completion of calculations associated with the settlement.

Respectfully submitted February 6, 2018:

**(signature blocks follow on next page)**

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney
General

/s/ James E. Weaver
JAMES E. WEAVER
LINDSAY L. CLAYTON
LANDON YOST
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-305-4929 (Weaver)
202-307-0054 (Fax)
James.E.Weaver@usdoj.gov

Of Counsel:
Robert C. Troyer
Acting United States Attorney

*Counsel for the United States*


/s/ John W. Porter
John W. Porter
Keri D. Brown
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
(713) 229-1597
(713) 229-2797 (Fax)

*Counsel for Bren Simon*

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ James E. Weaver
Trial Attorney, Tax Division
United States Department of Justice

13588010.1