IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00538-REB-KMT

BREN SIMON,

      Plaintiff,

  v.

THE UNITED STATES OF AMERICA,

      Defendant.

---

## JOINT STIPULATION OF DISMISSAL

---

Pursuant to Rule 41(a)(1)(A)(ii), it is hereby stipulated and agreed between Plaintiff, Bren Simon, and Defendant, the United States of America (collectively the "parties"), by and through their undersigned counsel, that the captioned action, and the claims asserted in this action, are hereby dismissed with prejudice.

Each party shall bear its respective costs, including attorneys' fees and other costs associated with the captioned action.

Respectfully submitted May 2, 2018:

**(signature blocks follow on next page)**

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney
General

*/s/ James E. Weaver*
JAMES E. WEAVER
LINDSAY L. CLAYTON
LANDON YOST
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-305-4929 (Weaver)
202-307-0054 (Fax)
James.E.Weaver@usdoj.gov

Of Counsel:
Robert C. Troyer
United States Attorney

*Counsel for the United States*

*/s/ John W. Porter*
John W. Porter
Keri D. Brown
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
(713) 229-1597
(713) 229-2797 (Fax)

*Counsel for Bren Simon*

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2018, I electronically filed the foregoing

document with the Clerk of Court using the CM/ECF system, which will send notification

of such filing to counsel of record.

/s/ John W. Porter
John W. Porter
*Counsel for Bren Simon*