# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 15-cv-00538-REB-KMT

BREN SIMON,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

## ORDER APPROVING STIPULATION OF DISMISSAL

**Blackburn, J.**

    This matter is before the me on the **Joint Stipulation of Dismissal** [#61][1] filed May 2, 2018. I approve the stipulation and dismiss this case with prejudice.

    On September 7, 2017, the parties filed a motion [#58] to vacate the trial date. In that motion, the parties reported that they had reached a settlement. However, approval of the settlement by the United States Department of Justice was required. Given those circumstances, I entered an order [#59] vacating the trial and closing this case administratively. In a status report [#60] filed February 6, 2018, counsel for the United States reported that the settlement had been approved. The stipulation [#61] indicates that the parties now seek dismissal of this case with prejudice.

---

[1] "[#61]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That under D.C.COLO.LCivR 41.2, the clerk is directed to re-open this civil action;

2. That the **Joint Stipulation of Dismissal** [#61] is approved;

3. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs; and

4. That this case is closed.

Dated May 14, 2018, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

2